HOLLAND & HART LLP
David K. Broadbent, #0442
Matthew T. Wirthlin, #8291
Romaine C. Marshall, #9654
J. Andrew Sjoblom, #10860
Doyle S. Byers, #11440
Cory A. Talbot, #11477
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: 801-799-5800
Fax: 801-799-5700

*Attorneys for John A. Beckstead as Receiver*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MANAGEMENT SOLUTIONS, INC., a Texas Corporation; WENDELL A. JACOBSON; ALLEN R. JACOBSON,<br><br>Defendants. | **MEMORANDUM IN OPPOSITION TO CORRECTED OBJECTION TO AND MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**<br><br>Civil Action No. 2:11-cv-01165<br>Judge Bruce S. Jenkins |

John A. Beckstead, the Court-appointed receiver in this action (the "Receiver"), submits this Memorandum in Opposition to Wendell A. Jacobson's Corrected Objection to and Motion to Quash Subpoena and Motion for Protective Order (the "Subpoena Objection").

## INTRODUCTION

Defendant Wendell A. Jacobson objects to the Receiver's subpoena upon Gil Miller of Rocky Mountain Advisory, LLC ("RMA"), a forensic accounting firm retained by Mr. Jacobson's prior counsel, RAY, QUINNEY & NEBEKER. According to Mr. Jacobson, RMA "perform[ed] forensic accounting analyses of various aspects of the business conducted by Mr. Jacobson, MSI and Thunder Bay Mortgage" and "numerous other associated entities" on behalf of his prior counsel. Subpoena Objection Mem. at 2 ¶¶1-2.

Contrary to Mr. Jacobson's assertion about the broad representation of his prior counsel, that same counsel informed this Court at the inception of this case last December, having been retained six months earlier, that it represented Mr. Jacobson but did not represent MSI:

> This errata is necessary because the Stipulated Amendment inaccurately described the limited appearance of Mark W. Pugsley, Mr. Lewis, and the law firm of Ray, Quinney & Nebeker P.C. Mr. Pugsley, *Mr. Lewis and the law firm of Ray Quinney & Nebeker P.C. do not represent MSI, nor have they ever purported to represent MSI in this action or made any stipulation on behalf of MSI.*

Errata to Stip. Regarding Amendment to TRO (Dkt No. 27) (emphasis added).[1]

Mr. Jacobson's assertion that the work-product privilege applies to preclude the Receiver from obtaining information from RMA fails because important criteria for the privilege to apply simply have not been met. Similarly, Mr. Jacobson's assertion that the attorney-client privilege applies fails because the admitted and "commingling of personal information and communications with that of MSI, Thunder Bay, and the other entities" does not cloak such communications with the attorney-client privilege as well. Instead, it waives the privilege.

---

[1] Prior counsel has made the same representation separately to the Receiver and his counsel.

2

## BACKGROUND

The "Facts" section of Mr. Jacobson's Subpoena Objection memorandum contains 3-4 pages of background information that does not warrant a response and statements that are conclusory and unsupported by admissible evidence. A fact notably omitted by Mr. Jacobson is who paid for RMA's forensic analysis. RMA was paid a $50,000 retainer by Mr. Jacobson's prior counsel. *See* Exhibit B (email from RMA to Mr. Marshall in response to letter requesting information, attached as Exhibit C). The Receiver believes the retainer paid to RMA was paid by Management Solutions Incorporated and/or commingled funds from other receivership entities and, therefore, that the Receiver is entitled to the benefit of RMA's work.

## ARGUMENT

**I.   THE RECEIVER IS ENTITLED TO THE INFORMATION REQUESTED BECAUSE THE ASSERTED PRIVILEGES DO NOT APPLY**

Under the work product doctrine an attorney or its agent can refuse to produce documents that contain that attorney or agent's work product, *i.e.*, mental impressions, conclusions, opinions or legal theories of an attorney or party. *Gold Standard, Inc. v. American Barrick Resources Group*, 805 P.2d 164, 168 (Utah 1991). Under Rule 26(b)(3), Fed. R. Civ. P., for the doctrine to apply three criteria must be met:

> (1) the material must be documents and tangible things otherwise discoverable, (2) prepared in anticipation of litigation or for trial, (3) by or for another party or for that party's representative.

*City Consumer Servs. Inc. v. Horne*, 100 F.R.D. 740, 747 (D. Utah 1983).

Here, the work product doctrine does not apply because the first two criteria are not met. First, the information being sought is not otherwise discoverable since it is work product that was performed only by RMA and at considerable expense. *See* Ex. B. Second, the information being

3

sought was not prepared in anticipation of litigation or for trial since at the time RMA was retained by Mr. Jacobson's prior counsel, only Mr. Jacobson was being represented. MSI and Thunder Bay Mortgage and the "numerous other associated entities" were not represented by prior counsel and, therefore, the information being sought cannot be said to have been prepared in anticipation of litigation. *See* Ex. A.

Under the attorney-client privilege an attorney or its agent can refuse to produce information "made for the purpose of facilitating the rendition of professional legal services to the client between the client and the client's lawyers." Utah R. Evid. 504(b). Mr. Jacobson asserts that the information being sought should not have to be provided because "Mr. Jacobson did not and could not carefully segregate the information relating only to him and the information relating to each entity or all of the entities." Subpoena Objection Mem. at 3 ¶ 7. Mr. Jacobson also baldly asserts that "[n]o meetings ever occurred where Mr. Jacobson spoke at one time solely for MSI and at another for himself personally." *Id*. at 6. By and through both assertions, Mr. Jacobson underscores who the privilege was for, only himself, since only he was the client at the time RMA was retained. *See* Ex. A. Thus, to the extent any communications were had with or about the receivership entities, Mr. Jacobson's privilege was waived:

> A person . . . waives the privilege if the person . . . voluntarily discloses or consents to the disclosure of any significant part of the matter or communication, or fails to take reasonable precautions against inadvertent disclosure.

Rule 507(a), Fed. R. Civ. P.

Since Mr. Jacobson freely admits that while he was represented by prior counsel he did not "carefully segregate the [written and oral confidential information] relating only to him and

4

the information relating to each entity or all of the entities," the attorney client privilege asserted has clearly been waived and does not apply as a basis to preclude RMA's compliance with the subpoena.

## CONCLUSION

Based on the foregoing points, the Subpoena Objection should be denied and a protective order should not be granted.

DATED this 29th day of October, 2012.

        HOLLAND & HART LLP


        /s/Romaine C. Marshall
        David K. Broadbent
        Matthew T. Wirthlin
        Romaine C. Marshall
        J. Andrew Sjoblom
        Doyle S. Byers
        Cory A. Talbot
        *Attorneys for John A. Beckstead as Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2012, I caused a true and correct copy of the foregoing to be served in the following manner upon the addressee(s) listed below:

|   |   |   |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Daniel J. Wadley |
| ☐ | Hand Delivery | Thomas M. Melton |
| ☐ | Facsimile | Alison J. Okinaka |
| ☐ | Overnight courier | Paul N. Feindt |
| ☒ | E-mail and/or CM/ECF | SECURITIES & EXCHANGE COMMISSION |

15 W. South Temple Street, Suite 1800
Salt Lake City, UT  84101
Telephone:  (801) 524-5796
Facsimile:  (801) 524-5262
wadleyd@sec.gov
meltont@sec.gov
okinakaa@sec.gov
feindtp@sec.gov
*Attorneys for Plaintiff,*
   *Securities and Exchange Commission*

|   |   |   |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Stephen E. Quesenberry |
| ☐ | Hand Delivery | Christopher R. Infanger |
| ☐ | Facsimile | James B. Quesenberry |
| ☐ | Overnight courier | HILL JOHNSON & SCHMUTZ LC |
| ☒ | E-mail and/or CM/ECF | 4844 North 300 West, Suite 300 |

Provo, UT  84604
Telephone:  (801) 375-6600
Facsimile:  (801) 375-3865
squesenberry@hjslaw.com
cinfanger@hjslaw.com
jbquesenberry@hjslaw.com
*Attorneys for Defendants,*
   *Wendell A. Jacobson and Allen R. Jacobson*

|   |   |   |
|---|---|---|
| ☒ | U.S. Mail, postage prepaid | Greg B. Bailey |
| ☐ | Hand Delivery | P. O. Box 298 |
| ☐ | Facsimile | Fountain Green, UT  84632 |
| ☐ | Overnight courier | Telephone:  (435) 262-7683 |
| ☐ | E-mail and/or CM/ECF | *Pro Se* |

|  |  |  |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Richard D. Burbidge |
| ☐ | Hand Delivery | Jefferson W. Gross |
| ☐ | Facsimile | Ian Hiatt |
| ☐ | Overnight courier | BURBIDGE MITCHELL & GROSS |
| ☒ | E-mail and/or CM/ECF | 215 S. State Street, Suite 920 |
|  |  | Salt Lake City, UT  84111 |
|  |  | Telephone:  (801) 355-6677 |
|  |  | Facsimile:  (801) 355-2341 |
|  |  | rburbidge@bmgtrial.com |
|  |  | jwgross@bmgtrial.com |
|  |  | ihiatt@bmgtrial.com |
|  |  | *Attorneys for Intervenor Defendant, CRVII Escena Lend, LLC* |

|  |  |  |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Gregory N. Hoole |
| ☐ | Hand Delivery | HOOLE & KING, L.C. |
| ☐ | Facsimile | 4276 Highland Drive |
| ☐ | Overnight courier | Salt Lake City, UT  84124 |
| ☒ | E-mail and/or CM/ECF | Telephone:  (801) 272-7556 |
|  |  | Facsimile:  (801) 272-7557 |
|  |  | gregh@hooleking.com |
|  |  | *Attorneys for MSI Investor Group* |

|  |  |  |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Kim R. Wilson |
| ☐ | Hand Delivery | Tammy B. Georgelas |
| ☐ | Facsimile | SNOW CHRISTENSEN & MARTINEAU |
| ☐ | Overnight courier | 10 Exchange Place, 11th Floor |
| ☒ | E-mail and/or CM/ECF | P. O. Box 45000 |
|  |  | Salt Lake City, UT  84145-5000 |
|  |  | Telephone:  (801) 521-9000 |
|  |  | Facsimile:  (801) 363-0400 |
|  |  | krw@scmlaw.com |
|  |  | tbg@scmlaw.com |
|  |  | *Attorneys for Intervenor Defendant, Bank Midwest N.A.* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Sam M. Stricklin |
| ☐ | Hand Delivery | Brian C. Mitchell |
| ☐ | Facsimile | BRACEWELL & GIULIANI, LLP |
| ☐ | Overnight courier | 1445 Ross Avenue, Suite 3800 |
| ☒ | E-mail and/or CM/ECF | Dallas, TX 75202 |
| | | Telephone: (214) 758-1053 |
| | | Facsimile: (214) 468-8353 |
| | | Sam.stricklin@bgllp.com |
| | | brian.mitchell@bgllp.com |
| | | *Attorneys for Intervening Party Bank Midwest, N.A., as successor-by-merger with Hillcrest Bank, N.A.* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Adelaide Maudsley |
| ☐ | Hand Delivery | Brandon C. Pond |
| ☐ | Facsimile | CHAPMAN AND CUTLER, LLP |
| ☐ | Overnight courier | 201 S. Main Street, Suite 2000 |
| ☒ | E-mail and/or CM/ECF | Salt Lake City, UT 84111 |
| | | Telephone: (801) 533-0066 |
| | | maudsley@chapman.com |
| | | bcpond@chapman.com |
| | | *Attorneys for Mutual of Omaha Bank* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | John Kincade |
| ☐ | Hand Delivery | Deanna E. Caldwell |
| ☐ | Facsimile | James Richard White |
| ☐ | Overnight courier | WINSTEAD PC |
| ☒ | E-mail and/or CM/ECF | 1201 Elm Street, Suite 5400 |
| | | Dallas, TX 75270 |
| | | Telephone: (214) 745-5400 |
| | | jkincade@winstead.com |
| | | dcaldwell@winstead.com |
| | | jrwhite@winstead.com |
| | | *Attorneys for Mutual of Omaha Bank* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | D. Zachary Wiseman |
| ☐ | Hand Delivery | RAY QUINNEY & NEBEKER, P.C. |
| ☐ | Facsimile | 36 S. State Street, Suite 1400 |
| ☐ | Overnight courier | Salt Lake City, UT 84111 |
| ☒ | E-mail and/or CM/ECF | zwiseman@rqn.com |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | George W. Pratt |
| ☐ | Hand Delivery | Jessica P. Wilde |
| ☐ | Facsimile | JONES WALDO HOLBROOK & MCDONOUGH |
| ☐ | Overnight courier | 170 S. Main Street, Suite 1500 |
| ☒ | E-mail and/or CM/ECF | Salt Lake City, UT  84101 |
| | | Telephone:  (801) 521-3200 |
| | | gpratt@joneswaldo.com |
| | | jwilde@joneswaldo.com |
| | | *Attorneys for Barlow Corporation* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Douglas M. Durbano |
| ☐ | Hand Delivery | Jacob D. Driggs |
| ☐ | Facsimile | DURBANO LAW FIRM, P.C. |
| ☐ | Overnight courier | 476 West Heritage Park Blvd., Suite 200 |
| ☒ | E-mail and/or CM/ECF | Layton, Utah  84041 |
| | | Telephone:  (801) 776-4111 |
| | | office@durbanolawfirm.com |
| | | *Attorneys for Barlow Corporation* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Amy F. Sorenson |
| ☐ | Hand Delivery | Jared C. Fields |
| ☐ | Facsimile | SNELL & WILMER L.L.P. |
| ☐ | Overnight courier | 15 West South Temple, Suite 1200 |
| ☒ | E-mail and/or CM/ECF | Salt Lake City, Utah  84101 |
| | | Telephone:  (801) 257-1900 |
| | | asorenson@swlaw.com |
| | | jfields@swlaw.com |
| | | *Attorneys for Fannie Mae* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Jason D. Boren |
| ☐ | Hand Delivery | Matthew L. Moncur |
| ☐ | Facsimile | BALLARD SPAHR LLP |
| ☐ | Overnight courier | One Utah Center, Suite 800 |
| ☒ | E-mail and/or CM/ECF | 201 South Main Street |
| | | Salt Lake City, Utah  84111-2221 |
| | | Telephone:  (801) 531-3000 |
| | | borenj@ballardspahr.com |
| | | moncurm@ballardspahr.com |
| | | *Attorneys for Freddie Mac* |

/s/Lourdes C. Paul

5818958_1