HOLLAND & HART LLP
David K. Broadbent, #0442
Matthew T. Wirthlin, #8291
Romaine C. Marshall, #9654
J. Andrew Sjoblom, #10860
Doyle S. Byers, #11440
Cory A. Talbot, #11477
222 S. Main Street, Suite 2200
Salt Lake City, UT  84101
Telephone:  801-799-5960
Fax: 801-713-6259

*Attorneys for John A. Beckstead as Receiver
for Management Solutions, Inc., Wendell
A. Jacobson and Allen R. Jacobson*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MANAGEMENT SOLUTIONS, INC., a Texas Corporation; WENDELL A. JACOBSON; ALLEN R. JACOBSON,<br><br>Defendants. | **MOTION FOR FINDINGS REGARDING THE EXISTENCE AND START DATE OF A PONZI SCHEME AND FOR APPROVAL TO POOL CLAIMS AND ASSETS**<br><br>Civil Action No. 2:11-cv-01165<br><br>Judge Bruce S. Jenkins |

John A. Beckstead, as receiver (the "Receiver") for Defendants Management Solutions, Inc., Wendell A. Jacobson, Allen R. Jacobson, and related entities and persons (collectively, "MSI"), respectfully submits this Motion for Findings Regarding the Existence and Start Date of a Ponzi Scheme and for Approval to Pool Claims and Assets (the "Motion").

The Receiver seeks a finding that a Ponzi scheme existed and establishing April 1, 1996 as the start date thereof for purposes of the administration of the receivership. This start date will be used for calculating claims filed by investors and to determine the amounts owing on certain claims to be brought by the Receiver.

The Receiver also seeks an order approving the pooling of all assets of the receivership into a common pool from which expenses will be paid and distributions made on a pro rata basis to all claimants according to priorities approved by the Court.

This Motion is supported by the accompanying Memorandum in Support, as well as the Report to Receiver of Management Solutions, Inc. "Commingling" of Funds filed on November 9, 2012 (*see* Doc. Nos. 661-677).

DATED this 13th day of November, 2012.

        HOLLAND & HART LLP

        /s/  Doyle S. Byers
        David K. Broadbent
        Matthew T. Wirthlin
        Romaine C. Marshall
        J. Andrew Sjoblom
        Doyle S. Byers
        Cory A. Talbot
        *Attorneys for John A. Beckstead as Receiver*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2012, I caused a true and correct copy of the foregoing to be served in the following manner upon the addressee(s) listed below:

|  |  |  |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Daniel J. Wadley |
| ☐ | Hand Delivery | Thomas M. Melton |
| ☐ | Facsimile | Alison J. Okinaka |
| ☐ | Overnight courier | Paul N. Feindt |
| ☒ | E-mail and/or CM/ECF | SECURITIES & EXCHANGE COMMISSION |

15 W. South Temple Street, Suite 1800
Salt Lake City, UT 84101
Telephone: (801) 524-5796
Facsimile: (801) 524-5262
wadleyd@sec.gov
meltont@sec.gov
okinakaa@sec.gov
feindtp@sec.gov
*Attorneys for Plaintiff,*
   *Securities and Exchange Commission*

|  |  |  |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Stephen E. Quesenberry |
| ☐ | Hand Delivery | Christopher R. Infanger |
| ☐ | Facsimile | James B. Quesenberry |
| ☐ | Overnight courier | HILL JOHNSON & SCHMUTZ LC |
| ☒ | E-mail and/or CM/ECF | 4844 North 300 West, Suite 300 |

Provo, UT 84604
Telephone: (801) 375-6600
Facsimile: (801) 375-3865
squesenberry@hjslaw.com
cinfanger@hjslaw.com
jbquesenberry@hjslaw.com
*Attorneys for Defendants,*
   *Wendell A. Jacobson and Allen R. Jacobson*

|  |  |  |
|---|---|---|
| ☒ | U.S. Mail, postage prepaid | Greg B. Bailey |
| ☐ | Hand Delivery | P. O. Box 298 |
| ☐ | Facsimile | Fountain Green, UT 84632 |
| ☐ | Overnight courier | Telephone: (435) 262-7683 |
| ☐ | E-mail and/or CM/ECF | *Pro Se* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Richard D. Burbidge |
| ☐ | Hand Delivery | Jefferson W. Gross |
| ☐ | Facsimile | Ian Hiatt |
| ☐ | Overnight courier | BURBIDGE MITCHELL & GROSS |
| ☒ | E-mail and/or CM/ECF | 215 S. State Street, Suite 920 |

Salt Lake City, UT 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341
rburbidge@bmgtrial.com
jwgross@bmgtrial.com
ihiatt@bmgtrial.com
*Attorneys for Intervenor Defendant,*
  *CRVII Escena Lend, LLC*

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Gregory N. Hoole |
| ☐ | Hand Delivery | HOOLE & KING, L.C. |
| ☐ | Facsimile | 4276 Highland Drive |
| ☐ | Overnight courier | Salt Lake City, UT 84124 |
| ☒ | E-mail and/or CM/ECF | Telephone: (801) 272-7556 |

Facsimile: (801) 272-7557
gregh@hooleking.com
*Attorneys for MSI Investor Group*

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Kim R. Wilson |
| ☐ | Hand Delivery | Tammy B. Georgelas |
| ☐ | Facsimile | SNOW CHRISTENSEN & MARTINEAU |
| ☐ | Overnight courier | 10 Exchange Place, 11th Floor |
| ☒ | E-mail and/or CM/ECF | P. O. Box 45000 |

Salt Lake City, UT 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
krw@scmlaw.com
tbg@scmlaw.com
*Attorneys for Intervenor Defendant,*
  *Bank Midwest N.A.*

|   |   |   |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Sam M. Stricklin |
| ☐ | Hand Delivery | Brian C. Mitchell |
| ☐ | Facsimile | BRACEWELL & GIULIANI, LLP |
| ☐ | Overnight courier | 1445 Ross Avenue, Suite 3800 |
| ☒ | E-mail and/or CM/ECF | Dallas, TX  75202 |

Telephone:  (214) 758-1053
Facsimile:  (214) 468-8353
Sam.stricklin@bgllp.com
brian.mitchell@bgllp.com
*Attorneys for Intervening Party Bank Midwest, N.A., as successor-by-merger with Hillcrest Bank, N.A.*

|   |   |   |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Adelaide Maudsley |
| ☐ | Hand Delivery | Brandon C. Pond |
| ☐ | Facsimile | CHAPMAN AND CUTLER, LLP |
| ☐ | Overnight courier | 201 S. Main Street, Suite 2000 |
| ☒ | E-mail and/or CM/ECF | Salt Lake City, UT  84111 |

Telephone:  (801) 533-0066
maudsley@chapman.com
bcpond@chapman.com
*Attorneys for Mutual of Omaha Bank*

|   |   |   |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | John Kincade |
| ☐ | Hand Delivery | Deanna E. Caldwell |
| ☐ | Facsimile | James Richard White |
| ☐ | Overnight courier | WINSTEAD PC |
| ☒ | E-mail and/or CM/ECF | 500 Winstead Building |

2728 N. Harwood Street
Dallas, TX  75270
Telephone:  (214) 745-5400
Facsimile:  (214) 745-5390
jkincade@winstead.com
dcaldwell@winstead.com
jrwhite@winstead.com
*Attorneys for Mutual of Omaha Bank*

|  |  |
|---|---|
| ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight courier<br>☒ E-mail and/or CM/ECF | Brandon C. Pond<br>CHAPMAN & CUTLER<br>One Utah Center<br>201 S Main Street, Suite 2000<br>Salt Lake City, UT 84111<br>(801) 320-6746<br>bcpond@chapman.com<br>*Attorneys for Mutual of Omaha Bank* |
| ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight courier<br>☒ E-mail and/or CM/ECF | D. Zachary Wiseman<br>RAY QUINNEY & NEBEKER, P.C.<br>36 S. State Street, Suite 1400<br>Salt Lake City, UT 84111<br>zwiseman@rqn.com<br>*Attorneys for Movant Platinum Protection LLC* |
| ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight courier<br>☒ E-mail and/or CM/ECF | George W. Pratt<br>Jessica P. Wilde<br>JONES WALDO HOLBROOK & MCDONOUGH<br>170 S. Main Street, Suite 1500<br>Salt Lake City, UT 84101<br>Telephone: (801) 521-3200<br>gpratt@joneswaldo.com<br>jwilde@joneswaldo.com<br>*Attorneys for Barlow Corporation* |
| ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight courier<br>☒ E-mail and/or CM/ECF | Douglas M. Durbano<br>Jacob D. Driggs<br>DURBANO LAW FIRM, P.C.<br>476 West Heritage Park Blvd., Suite 200<br>Layton, Utah 84041<br>Telephone: (801) 776-4111<br>office@durbanolawfirm.com<br>*Attorneys for Barlow Corporation* |

6

|  |  |
|---|---|
| ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight courier<br>☒ E-mail and/or CM/ECF | Amy F. Sorenson<br>Jared C. Fields<br>SNELL & WILMER L.L.P.<br>15 West South Temple, Suite 1200<br>Salt Lake City, Utah 84101<br>Telephone: (801) 257-1900<br>asorenson@swlaw.com<br>jfields@swlaw.com<br>*Attorneys for Fannie Mae* |
| ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight courier<br>☒ E-mail and/or CM/ECF | Jason D. Boren<br>Matthew L. Moncur<br>BALLARD SPAHR LLP<br>One Utah Center, Suite 800<br>201 South Main Street<br>Salt Lake City, Utah 84111-2221<br>Telephone: (801) 531-3000<br>borenj@ballardspahr.com<br>moncurm@ballardspahr.com<br>*Attorneys for Freddie Mac* |
| ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight courier<br>☒ E-mail and/or CM/ECF | Edwin J. Tomko<br>Jason M. Ross<br>CURRAN TOMKO TARSKI LLP<br>2001 Bryan Tower, Suite 2000<br>Dallas, TX 75201<br>(214) 270-1405<br>etomko@cttlegal.com<br>jross@cttlegal.com<br>*Attorneys for Intervenors Brian Blain, Visionary Management, First Branch and Encinito Properties* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | John H. Bogart |
| ☐ | Hand Delivery | TELOS VENTURES GROUP |
| ☐ | Facsimile | 299 S Main Street, Suite 1300 |
| ☐ | Overnight courier | Salt Lake City, UT 84111 |
| ☒ | E-mail and/or CM/ECF | (801) 535-4304 |
| | | jbogart@telosvg.com |
| | | *Attorneys for Intervenors Brian Blain, Visionary Management, First Branch and Encinito Properties* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Kenneth L. Cannon, II |
| ☐ | Hand Delivery | Steven J. McCardell |
| ☐ | Facsimile | DURHAM JONES & PINEGAR |
| ☐ | Overnight courier | 111 E Broadway, Suite 900 |
| ☒ | E-mail and/or CM/ECF | Salt Lake City, UT 84111 |
| | | (801) 415-3000 |
| | | kcannon@djplaw.com |
| | | smccardell@djplaw.com |
| | | *Attorneys for Intervenor Key Bank* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Jeremy M. Hoffman |
| ☐ | Hand Delivery | YOUNG HOFFMAN LLC |
| ☐ | Facsimile | 170 S Main Street, Suite 1125 |
| ☐ | Overnight courier | Salt Lake City, UT 84101-1605 |
| ☒ | E-mail and/or CM/ECF | (801) 359-1900 |
| | | jmhoffman@yahlaw.com |
| | | *Attorneys for Intervenor Arvest Bank* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Philip D. Hixon |
| ☐ | Hand Delivery | R. Charles Wilkin |
| ☐ | Facsimile | Robert S. Glass |
| ☐ | Overnight courier | Robert P. Skeith |
| ☒ | E-mail and/or CM/ECF | GLASS WILKIN PC |
| | | 1515 S Utica, Suite 250 |
| | | Tulsa, OK 74014 |
| | | (918) 582-7100 |
| | | phixon@glasswilkin.com |
| | | cwilkin@glasswilkin.com |
| | | rglass@glasswilkin.com |
| | | rskeith@glasswilkin.com |
| | | *Attorneys for Intervenor Arvest Bank* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Matthew N. Evans |
| ☐ | Hand Delivery | RAY QUINNEY & NEBEKER (SLC) |
| ☐ | Facsimile | 36 S. State Street, Suite 1400 |
| ☐ | Overnight courier | PO BOX 45385 |
| ☒ | E-mail and/or CM/ECF | Salt Lake City, UT 84145-0385 |
| | | (801) 521-1500 |
| | | mevans@rqn.com |
| | | *Attorneys for Nevada State Bank* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | DAVID B. BARLOW |
| ☐ | Hand Delivery | JEFFREY E. NELSON |
| ☐ | Facsimile | 185 South State Street, Suite 300 |
| ☐ | Overnight courier | Salt Lake City, Utah 84111 |
| ☒ | E-mail and/or CM/ECF | Telephone: (801) 524-5682 |
| | | jeff.nelson@usdoj.gov |
| | | *Attorneys for Intervenor Department of Housing and Urban Development* |

| | | |
|---|---|---|
| ☐ | U.S. Mail, postage prepaid | Matthew C. Barneck |
| ☐ | Hand Delivery | Wayne Z. Bennett |
| ☐ | Facsimile | Richards Brandt Miller Nelson |
| ☐ | Overnight courier | Wells Fargo Center, 15th Floor |
| ☒ | E-mail and/or CM/ECF | 299 South Main Street |
| | | P.O. Box 2465 |
| | | Salt Lake City, UT 84110-2465 |
| | | matthew-barneck@rbmn.com |
| | | wayne-bennett@rbmn.com |
| | | *Attorneys for Naples Lending LLC* |

/s/ *Doyle S. Byers*

5845818_1