# EXHIBIT "D"

3:18 PM
03/09/10
Accrual Basis

# River Royal
## Balance Sheet
### As of December 31, 2009

|  | Dec 31, 09 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| FAR WEST BANK 8600600126 | 304.95 |
| **Total Checking/Savings** | 304.95 |
| **Other Current Assets** | |
| **NOTES RECEIVABLE** | |
| COUNCIL PROPERTIES | 500,000.00 |
| TBAY | 484,900.00 |
| **Total NOTES RECEIVABLE** | 984,900.00 |
| **Total Other Current Assets** | 984,900.00 |
| **Total Current Assets** | 985,204.95 |
| **Fixed Assets** | |
| **INVESTMENTS** | |
| MCKAMY LAKE | 327,016.50 |
| TUSCANY GARDENS | 335,266.14 |
| WYNDSOR COURT | 276,487.10 |
| **Total INVESTMENTS** | 938,769.74 |
| **Total Fixed Assets** | 938,769.74 |
| **TOTAL ASSETS** | 1,923,974.69 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| **NOTES PAYABLE** | |
| ENTITIES | 1,000,000.00 |
| **Total NOTES PAYABLE** | 1,000,000.00 |
| **Total Other Current Liabilities** | 1,000,000.00 |
| **Total Current Liabilities** | 1,000,000.00 |
| **Total Liabilities** | 1,000,000.00 |
| **Equity** | |
| **PARTNER CONTRIBUTIONS** | |
| ALAN KING 10% | 96,666.65 |
| COUNCIL PROPERTIES 50% | 500,000.00 |
| JASON CHRISTESEN 25% | 241,152.95 |
| TROY & MONETTE CHRISTENSEN 15% | 144,794.52 |
| **Total PARTNER CONTRIBUTIONS** | 982,614.12 |
| Net Income | -58,639.43 |
| **Total Equity** | 923,974.69 |
| **TOTAL LIABILITIES & EQUITY** | 1,923,974.69 |

KEB

JIC

3:18 PM
03/09/10
Accrual Basis

# River Royal
# Profit & Loss
## January through December 2009

|  | Jan - Dec 09 |
|---|---|
| **Income** | |
| INTEREST INCOME | 50.26 ✓ |
| **Total Income** | 50.26 |
| **Expense** | |
| ATTORNEY FEES | 131.25 ✓ |
| OFFICE EXPENSE | 194.58 ✓ |
| OPERATION LOSS | 58,363.86 ✓ |
| **Total Expense** | 58,689.69 |
| **Net Income** | -58,639.43 ✓ |

JJC