# EXHIBIT "B2"


Industry Expertise Helping to Insure Your Success

8880 Rio San Diego Dr #725
San Diego, CA 92108
Phone (619) 297-3160
Fax (619) 297-3111
License #0E59760

| Account | 465 |
| --- | --- |
| Policy | MXX80907614 |
| Invoice | OA |
| Date | 12/1/09 |
| Amount Due | $ 8,865.00 |

Management Solutions, Inc.
6750 Locke Avenue
Fort Worth, TX 76116

| Account Executive |
| --- |
| Bill Bodenstadt x29 |

| Account Representative |
| --- |
| Sherry Enano x31 |

| Insured's Name | Policy Number | Policy Period |
| --- | --- | --- |
| **Stone Brook Idaho, LLC/Tetonian Properties, LLC** | MXX80907614 | 7/5/09-7/5/10 |

| Transaction Type | Effective | Company | Description | Amount |
| --- | --- | --- | --- | --- |
| Endorsement | 10/28/09 | Fireman's Fund | Add 6 buildings at Stone Brook Idaho | $8,865.00 |

**Payment due upon receipt**

Invoice Total

$8,865.00

**Thank you**

| | Invoice Number | Date |
| --- | --- | --- |
| **Make Checks Payable to:** **CMR Risk & Insurance Services, Inc.** | OA | 12/1/09 |

**TETONIAN PROPERTIES, LLC.**
PO BOX 400
FOUNTAIN GREEN, UTAH 84632

ZIONS BANK
MANTI OFFICE P O BOX A
MANTI, UT 84642

246

31-6/1240  53

12/2/2009

PAY TO THE ORDER OF  CMR RISK & INSURANCE SERVICES, INC     $ **8,865.00

Eight Thousand Eight Hundred Sixty-Five and 00/100************************************************************ DOLLARS

CMR RISK & INSURANCE SERVICES, INC
6048 CORNERSTONE CT W, STE B
SAN DIEGO, CA 92121

MEMO 465

⑆000246⑆ ⑈124000054⑈ 053 01055 9⑉

O/P