# Exhibit A



## 215 South State Street
## Suite 550
## Salt Lake City, UT 84111
801.428.1600

Gil Miller, Receiver  
Rocky Mountain Advisory  
215 S. State Street, Ste 215

June 10, 2014  
Invoice #      11585

Billing for:   05/01/14  to 05/31/14

RE: Securities & Exchange Commission vs. Management Solutions, Inc.

Previous balance      $17,986.50

### Professional Services Summary

| Name | Hours | Rate | |
|---|---|---|---|
| Gil A. Miller | 79.70 | 315.00 | $25,105.50 |

### Professional Services Detail

| Date | Init. | Description | Hours | |
|---|---|---|---|---|

#### Asset Disposition

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 05/08/14 | GAM | Attend Squaw Springs sale hearing (.8). Review and execute Discovery Point purchase agreement and send to counsel (.3). | 1.10 | $346.50 |
| 05/19/14 | GAM | Call with D. Byer regarding Evan Jacobsen property sale. | 0.10 | $31.50 |
| 05/21/14 | GAM | Conduct phone interviews with brokers McCoy, Dyches, Nicoloff, and Curington. | 4.10 | $1,291.50 |
| 05/22/14 | GAM | Prepare for and conduct broker calls with counsel, Jones, Lange, Sanpete Valley, and Murphy (3.2). Call with counsel and Discovery Point broker regarding closing schedule (.4). | 3.60 | $1,134.00 |
| 05/23/14 | GAM | Review letter from Sanpete Realty and respond. | 0.30 | $94.50 |
| 05/27/14 | GAM | Respond to various real estate offers. | 0.30 | $94.50 |
| 05/28/14 | GAM | Review and respond to property sale offers. | 0.50 | $157.50 |
| 05/29/14 | GAM | Respond to numerous emails from counsel, property manager, and brokers. | 1.40 | $441.00 |

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| | | | | |
| SUBTOTAL: | | | [ 11.40 | $3,591.00] |

### Case Administration

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 05/01/14 | GAM | Review and respond to property manager emails. | 0.10 | $31.50 |
| 05/07/14 | GAM | Discuss mail items with staff and determine which counsel to assist with mail items (.2). Review and respond to various emails from counsel regarding upcoming hearings, deadlines, and property issues (.5). | 0.70 | $220.50 |
| 05/08/14 | GAM | Prepare notes for status report to court (1.2). Review Fabian second interim fee application and comment (.4). Review and file various emails and spreadsheets pertaining to case administration (.7). | 2.30 | $724.50 |
| 05/13/14 | GAM | Correspond with counsel and staff regarding property sale issues, settlement agreements, and general case administration issues. | 1.10 | $346.50 |
| 05/14/14 | GAM | Sign payables (.1). Review new summary of all property assets prepared by counsel (.4). Review and sign Discovery Point stipulation on closing date (.1). | 0.60 | $189.00 |
| 05/16/14 | GAM | Call with SEC regarding status of case and Monday's sale hearing. | 0.40 | $126.00 |
| 05/21/14 | GAM | Respond to today's emails, including review of multi-family sale order, listing agreements, settlement agreement drafts, responses to other counsels, and ECF notices (1.9). Discuss fee application procedure with counsel (.3). | 2.20 | $693.00 |
| 05/23/14 | GAM | Review and sign payables. | 0.50 | $157.50 |
| 05/29/14 | GAM | Discuss insolvency and other analyses with staff. | 0.30 | $94.50 |
| 05/30/14 | GAM | Correspond with SEC and counsel regarding fee and expense procedures. | 0.50 | $157.50 |
| SUBTOTAL: | | | [ 8.70 | $2,740.50] |

### Claims Administration

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 05/14/14 | GAM | Meet with investor Boyd Summerhays. | 0.80 | $252.00 |
| 05/16/14 | GAM | Work on editing of claim form and claim form motion. | 1.80 | $567.00 |
| 05/20/14 | GAM | Work on claim form revisions for counsel. | 0.90 | $283.50 |
| 05/22/14 | GAM | Complete first draft of claim form and send to counsel. | 0.80 | $252.00 |
| 05/27/14 | GAM | Meet with counsel to discuss claim form and claim form motion. | 2.00 | $630.00 |
| SUBTOTAL: | | | [ 6.30 | $1,984.50] |

| Date | Init. | Description | Hours | |
|---|---|---|---|---|

### Clawback Litigation

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 05/06/14 | GAM | Meet with J. Covey, M. Hashimoto, and counsel to discuss background of case and issues to resolve in order to move the general case and specific adversary proceedings along (2.5). Review and respond to counsel email regarding America West settlement (.1). | 2.60 | $819.00 |
| 05/07/14 | GAM | Prepare for and attend meeting with D. Hill to discuss Tate matter. | 1.20 | $378.00 |
| 05/08/14 | GAM | Review motion to extend K. Scott deadlines and edit. | 0.30 | $94.50 |
| 05/09/14 | GAM | Review revised AmericaWest settlement agreement and comment. | 0.30 | $94.50 |
| 05/13/14 | GAM | Review and comment on revised AmericaWest settlement agreement. | 0.30 | $94.50 |
| 05/23/14 | GAM | Review AmericaWest settlement agreement and execute. | 0.30 | $94.50 |
| 05/28/14 | GAM | Prepare for and meet with counsel regarding Northstar matter. | 2.00 | $630.00 |
| 05/29/14 | GAM | Attend K. Scott hearing to extend deadlines. | 1.10 | $346.50 |
| SUBTOTAL: | | | [ 8.10 | $2,551.50] |

### Lit - Madison Chase

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 05/08/14 | GAM | Attend Madison Chase pretrial hearing (.9). Discuss Madison Chase matter with staff (.3). | 1.20 | $378.00 |
| SUBTOTAL: | | | [ 1.20 | $378.00] |

### Litigation Consulting

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 05/02/14 | GAM | Meet with counsel to discuss avoidable transfer cases and litigation strategy. | 3.50 | $1,102.50 |
| 05/06/14 | GAM | Respond to various emails from counsel regarding settlement negotiations and agreements. | 0.30 | $94.50 |
| 05/09/14 | GAM | Attend MSJ hearing in Matt Nielson matter. | 1.50 | $472.50 |
| 05/14/14 | GAM | Review and sign tolling agreements. | 0.20 | $63.00 |
| 05/21/14 | GAM | Prepare for and meet in Ogden with Gladfelder and counsel to settle dispute. | 3.20 | $1,008.00 |
| 05/22/14 | GAM | Respond to counsel on various issues including Richards settlement, Petersen settlement, Gladfelder settlement, and F & L Broadcast settlement, and U.S. Bank fee response. | 1.60 | $504.00 |
| 05/23/14 | GAM | Review and approve reply motion in K. Scott matter (.3). Meet with T. Clark to discuss pending settlements and Olympus Capital litigation (1.0). Review stipulation in Welling matter and approve (.1). | 1.40 | $441.00 |

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| | | | | |
| SUBTOTAL: | | | [ 11.70 | $3,685.50] |

## Multi-family Housing Sale

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 05/01/14 | GAM | Call with D. Bateman and another call with S. Pickett regarding purchase price allocations of multi-family housing sale. | 0.40 | $126.00 |
| 05/02/14 | GAM | Call with counsel and former receiver regarding purchase price allocations for multi-family sale. | 0.70 | $220.50 |
| 05/08/14 | GAM | Meet with counsel to discuss multi-family housing sale allocation issues (2.1). Discuss multi-family housing allocation and tax issues with staff (.3). | 2.40 | $756.00 |
| 05/09/14 | GAM | Prepare for and meet with G. Hoole to discuss notices to investors regarding multi-family sale allocation. | 1.10 | $346.50 |
| 05/14/14 | GAM | Calls with investors to discuss multi-family sale and possible consequences (.7). Calls with counsel regarding multi-family sale objections, lender payoffs, proceeds allocations, etc. (.4). Call with Holbrook and Fannie Mae counsel regarding multi-family sale objections (.7). Review emails and calls from counsel and lenders and creditors regarding multi-family sale (.9). | 2.70 | $850.50 |
| 05/15/14 | GAM | Work on issues with counsel and staff relating to sale hearing on May 19th, including exhibits, settlement of objections, lender payoffs, and allocation of proceeds. | 4.20 | $1,323.00 |
| 05/16/14 | GAM | Continue to work on issues with counsel and staff relating to sale hearing on May 19th, including exhibits, settlement of objections, lender payoffs, and allocation of proceeds. | 2.70 | $850.50 |
| 05/19/14 | GAM | Prepare for and attend hearing on sale of 18 multi-family properties (2.3). Meet with counsel and Cortland to discuss timetable of closing and issues regarding the final 10 multi-family properties (2.2). Review and respond to emails from Cortland and counsel regarding next steps for closing on multi-family properties (.3). | 4.80 | $1,512.00 |
| 05/20/14 | GAM | Work on issues relating to property inspections by Cortland's lender (.6). Work on issues relating to sale proceeds allocations, including calls with counsel, G. Hoole and J. Covey (2.2). Call with M. Fogerty regarding real estate broker issues (.6). Work on responding to various emails from counsel, including review and approval of pleadings, proposed orders, and communications with numerous interested parties (1.1). | 4.50 | $1,417.50 |

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 05/27/14 | GAM | Review email from counsel regarding investor settlements on multi-family sale TIC issues and respond (.2). Review correspondence between counsels regarding sale hearing order language (.4). | 0.60 | $189.00 |
| 05/29/14 | GAM | Review and approve final form of multi-family sale order. | 0.20 | $63.00 |
| 05/30/14 | GAM | Call with counsel regarding lender payoffs and sale order language (.1). Respond to correspondence from Cottonwood and counsel regarding sale order property repair issues and hearing dates (.5). | 0.60 | $189.00 |
| SUBTOTAL: | | | [ 24.90 | $7,843.50] |

### Platinum Protection

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 05/02/14 | GAM | Prepare for and meet with Platinum Protection counsel to discuss ability to pay issues and settlement proposal. | 2.50 | $787.50 |
| 05/08/14 | GAM | Review Platinum LOI and discuss with counsel. | 0.40 | $126.00 |
| 05/14/14 | GAM | Review, edit, and comment on draft of Platinum settlement agreement. | 0.50 | $157.50 |
| SUBTOTAL: | | | [ 3.40 | $1,071.00] |

### Warner/Sycamore Farms/Tetonian

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 05/09/14 | GAM | Attend Tetonian hearing regarding Warner TIC interest. | 4.00 | $1,260.00 |
| SUBTOTAL: | | | [ 4.00 | $1,260.00] |

| | | | | |
|---|---|---|---|---|
| Total for professional services rendered | | | 79.70 | $25,105.50 |
| Balance due | | | | $43,092.00 |