## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins  
COURT REPORTER: Karen Murakami  
COURTROOM DEPUTY: Stephanie Schaerrer  
INTERPRETER:

RECEIVED JUL 30 2014 OFFICE OF U.S. DISTRICT JUDGE BRUCE S. JENKINS

CASE NO. 2:11-CV-1165 BSJ

SEC v Management Solutions, et al  (**Summerhays v. Receiver - Madison Chase Apartments**)

Approved By:_____

### APPEARANCE OF COUNSEL

Int Pla    Jessica Anderson - Summerhays, et al  
Rec        Cory A. Talbot and Steve Lau - Gil Miller  
Time       2:05 pm - 3:45 pm

DATE: 7/11/14

MATTER SET: Further Consideration of Proposed Pretrial Order

DOCKET ENTRY:

> Court reviewed exhibits that parties are planning to use. Counsel will meet and stipulate to which exhibits are going to be used. Counsel are to prepare a roster of exhibits and witnesses. Bench trial will begin on 7/14/14 at 9:30 am.