# Exhibit A

# Wisan, Smith, Racker & Prescott, LLP
## 155 North 400 West
## Suite 400
## Salt Lake City, UT 84103

**Phone:** (801) 328-2011    **Web:** www.wsrp.com

---

**Management Solutions, Inc. in Receivership**
**Attn: Gil Miller**
**P. O. Box 1290**
**Salt Lake City, UT 84110**

**Invoice:** 202854
**Date:** 04/30/2014
**Due Upon Receipt**
**Client ID: 10012**

---

**For professional services rendered as follows:**

| | |
|---|---:|
| Tax preparation and related activities - various entities - time and expenses incurred prior to May 1, 2014 and not previously included in a fee application | $6,414.45 |
| Less 10% agreed-upon discount from standard rates | ($641.45) |
| Administrative expenses | $25.36 |
| **Invoice Total** | $5,798.36 |

**Accounts Receivable Aging:**

| 04/30/2014 | 03/31/2014 | 02/28/2014 | 01/31/2014 | 12/31/2013+ | Total |
|---|---|---|---|---|---|
| 16,243.07 | 6,634.48 | 7,843.54 | 13,633.60 | 23,996.12 | $68,350.81 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_Please return this portion with payment._

Invoice:    202854

Client ID: 10012
Management Solutions, Inc. in Receivership

Date:    04/30/2014
Due Upon Receipt

Card Type: _____    Exp Date: _____

Card #: _____

Signature: _____

Amount Due:    $68,350.81

Amount Enclosed: $_____

Due Upon Receipt

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing – Pre-May 1, 2014

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Time** | | | | | | | |
| **August 31, 2013** | | | | | | | |
| SRS | 08/31/13 | Data Entry/Bookkeeping | Time | 255.00 | 2.00 | 510.00 | Research and map out flow of entities into QSF |
| **September 11, 2013** | | | | | | | |
| SRS | 09/11/13 | Data Entry/Bookkeeping | Time | 255.00 | 1.00 | 255.00 | Project net inc/loss and potential NOLs in QSF |
| **October 22, 2013** | | | | | | | |
| RAJ | 10/22/13 | Tax Return Review | Time | 160.00 | 2.90 | 464.00 | |
| **December 16, 2013** | | | | | | | |
| GWG | 12/16/13 | Tax Extension Preparation | Time | 110.00 | 0.35 | 38.50 | |
| **January 2, 2014** | | | | | | | |
| RAJ | 01/02/14 | IRS/State Correspondence | Time | 167.00 | 0.30 | 50.10 | City of Columbus notices |
| RAJ | 01/02/14 | IRS/State Correspondence | Time | 167.00 | 0.30 | 50.10 | Clearing up Tennessee tax notice |
| January 2, 2014 | | | | | 0.60 | 100.20 | |
| **January 16, 2014** | | | | | | | |
| JP | 01/16/14 | Tax Return Preparation | Time | 90.00 | 1.00 | 90.00 | 2012 Tax Return |
| RAJ | 01/16/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Responding to City of Columbus tax notice |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| RAJ | 01/16/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Responding to City of Columbus tax notice |
| RAJ | 01/16/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Responding to City of Columbus tax notice |
| RAJ | 01/16/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Responding to City of Columbus tax notice |
| RAJ | 01/16/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Responding to City of Columbus tax notice |
| RAJ | 01/16/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Responding to City of Columbus tax notice |
| RAJ | 01/16/14 | Tax Return Preparation | Time | 167.00 | 0.20 | 33.40 | |
| January 16, 2014 | | | | | 2.40 | 323.80 | |
| **January 17, 2014** | | | | | | | |
| RAJ | 01/17/14 | IRS/State Correspondence | Time | 167.00 | 0.50 | 83.50 | Sending copy of Columbus tax return to city of Columbus per their request |
| January 17, 2014 | | | | | .50 | 83.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

**January 29, 2014**

| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 |
|-----|----------|------------------------|------|--------|------|-------|
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 |
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 |
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 |
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 |
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 |
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 |
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | |
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | |
| RAJ | 01/29/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | |
| January 29, 2014 | | | | | 1.10 | 183.70 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **February 5, 2014** | | | | | | | |
| RAJ | 02/05/14 | Tax Return Review | Time | 167.00 | 0.60 | 100.20 | 6/30/12 tax return |
| February 5, 2014 | | | | | 0.60 | 100.20 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **February 14, 2014** | | | | | | | |
| JP | 02/14/14 | Tax Return Preparation | Time | 90.00 | 0.70 | 63.00 | 2012 City of Columbus, OH Return |
| RAJ | 02/14/14 | IRS/State Correspondence | Time | 167.00 | 0.30 | 50.10 | City of Columbus tax notice |
| RAJ | 02/14/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | Tax forms to file |
| RAJ | 02/14/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | Tax forms to file |
| RAJ | 02/14/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | Tax forms to file |
| RAJ | 02/14/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | Tax forms to file |
| RAJ | 02/14/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | Tax forms to file |
| February 14, 2014 | | | | | 1.50 | 196.60 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **February 18, 2014** | | | | | | | |
| RAJ | 02/18/14 | Tax Return Review | Time | 167.00 | 0.80 | 133.60 | Columbus city tax return |
| February 18, 2014 | | | | | 0.80 | 133.60 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **February 20, 2014** | | | | | | | |
| RAJ | 02/20/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Kentucky tax notice for 2011 |
| RAJ | 02/20/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Tennessee tax notice for 2012 |
| RAJ | 02/20/14 | IRS/State Correspondence | Time | 167.00 | 0.10 | 16.70 | Fayette County tax notice |
| February 20, 2014 | | | | | 0.50 | 83.50 | |
| **February 21, 2014** | | | | | | | |
| RAJ | 02/21/14 | Tax Return Preparation | Time | 167.00 | 0.40 | 66.80 | Investor questions |
| February 21, 2014 | | | | | 0.40 | 66.80 | |
| **February 27, 2014** | | | | | | | |
| RAJ | 02/27/14 | Tax Return Preparation | Time | 167.00 | 0.30 | 50.10 | 2012 k-1 to investor |
| February 27, 2014 | | | | | 0.30 | 50.10 | |
| **February 28, 2014** | | | | | | | |
| JP | 02/28/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| February 28, 2014 | | | | | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **March 3, 2014** | | | | | | | |
| RAJ | 03/03/14 | IRS/State Correspondence | Time | 167.00 | 0.10 | 16.70 | City of Columbus tax notice |
| March 3, 2014 | | | | | 0.10 | 16.70 | |
| **March 4, 2014** | | | | | | | |
| GWG | 03/04/14 | IRS/State Correspondence | Time | 115.00 | 0.10 | 11.50 | |
| JP | 03/04/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| RAJ | 03/04/14 | IRS/State Correspondence | Time | 167.00 | 0.70 | 116.90 | Texas tax notice and letter |
| RAJ | 03/04/14 | IRS/State Correspondence | Time | 167.00 | 0.70 | 116.90 | Texas tax notice and letter |
| March 4, 2014 | | | | | 1.55 | 249.80 | |
| **March 5, 2014** | | | | | | | |
| RAJ | 03/05/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Texas letter |
| RAJ | 03/05/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Texas letter |
| RAJ | 03/05/14 | IRS/State Correspondence | Time | 167.00 | 0.10 | 16.70 | Looking into balances due to IRS |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| RAJ | 03/05/14 | IRS/State Correspondence | Time | 167.00 | 0.10 | 16.70 | Looking into balances due to IRS |
| RAJ | 03/05/14 | IRS/State Correspondence | Time | 167.00 | 0.10 | 16.70 | Looking into balances due to IRS |
| RAJ | 03/05/14 | IRS/State Correspondence | Time | 167.00 | 0.20 | 33.40 | Looking into balances due to IRS |
| RAJ | 03/05/14 | Tax Return Review | Time | 167.00 | 0.50 | 83.50 | |
| March 5, 2014 | | | | | 1.40 | 233.80 | |
| **March 7, 2014** | | | | | | | |
| JB | 03/07/14 | Tax Return Assembly | Time | 80.00 | 0.20 | 16.00 | 2012 OH Return |
| SRS | 03/07/14 | Signature Review | Time | 260.00 | 0.20 | 52.00 | |
| March 7, 2014 | | | | | 0.40 | 68.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **March 13, 2014** | | | | | | | |
| GWG | 03/13/14 | Tax Extension Preparation | Time | 115.00 | 0.10 | 11.50 | |
| JP | 03/13/14 | Tax Extension Preparation | Time | 90.00 | 0.30 | 27.00 | |
| March 13, 2014 | | | | | 0.40 | 38.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **March 14, 2014** | | | | | | | |
| JP | 03/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| RAJ | 03/14/14 | Tax Extension Preparation | Time | 167.00 | 0.20 | 33.40 | |
| March 14, 2014 | | | | | 0.30 | 42.40 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **March 15, 2014** | | | | | | | |
| SRS | 03/15/14 | Tax Return Review | Time | 260.00 | 0.20 | 52.00 | |
| SRS | 03/15/14 | Tax Return Review | Time | 260.00 | 0.20 | 52.00 | |
| SRS | 03/15/14 | Tax Return Review | Time | 260.00 | 0.30 | 78.00 | |
| March 15, 2014 | | | | | 0.70 | 182.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **March 17, 2014** | | | | | | | |
| CAW | 03/17/14 | Tax Return Assembly | Time | 110.00 | 0.20 | 22.00 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/17/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| SRS | 03/17/14 | Signature Review | Time | 260.00 | 0.20 | 52.00 | |
| SRS | 03/17/14 | Signature Review | Time | 260.00 | 0.20 | 52.00 | |
| March 17, 2014 | | | | | 2.50 | 297.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **March 19, 2014** | | | | | | | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|------------|----------|------|-------------|-----------|--------|----------|
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/19/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| March 19, 2014 | | | | | 3.30 | 297.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **March 22, 2014** | | | | | | | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/22/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| March 22, 2014 | | | | | 3.05 | 274.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **March 25, 2014** | | | | | | | |
| JP | 03/25/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/25/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/25/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| March 25, 2014 | | | | | 0.15 | 13.50 | |
| **March 26, 2014** | | | | | | | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/26/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| March 26, 2014 | | | | | 0.60 | 54.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **March 29, 2014** | | | | | | | |
| DBD | 03/29/14 | Tax Consulting | Time | 167.00 | 0.25 | 41.75 | discussion w/Rachel on issue of making payments through ACH vs. making payments by check, whether or not the IRS would accept a check |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/29/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| RAJ | 03/29/14 | Tax Return Preparation | Time | 167.00 | 0.20 | 33.40 | Various documents to file |
| March 29, 2014 | | | | | 3.30 | 331.65 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **March 31, 2014** | | | | | | | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 03/31/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| March 31, 2014 | | | | | 0.75 | 67.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **April 5, 2014** | | | | | | | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/05/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| April 5, 2014 | | | | | 0.75 | 67.50 | |
| **April 7, 2014** | | | | | | | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/07/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| April 7, 2014 | | | | | 2.20 | 198.00 | |
| **April 12, 2014** | | | | | | | |
| JP | 04/12/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| JP | 04/12/14 | Tax Extension Preparation | Time | 90.00 | 0.05 | 4.50 | |
| April 12, 2014 | | | | | 0.10 | 9.00 | |
| **April 13, 2014** | | | | | | | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/13/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| April 13, 2014 | | | | | 1.00 | 90.00 | |
| **April 14, 2014** | | | | | | | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/14/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| April 14, 2014 | | | | | 2.90 | 261.00 | |
| **April 15, 2014** | | | | | | | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

# Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |

*Wisan, Smith, Racker & Prescott, LLP*

## Time and Expense Listing

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| JP | 04/15/14 | Tax Extension Preparation | Time | 90.00 | 0.10 | 9.00 | |
| April 15, 2014 | | | | | 3.60 | 324.00 | |
| **April 28, 2014** | | | | | | | |
| RAJ | 04/28/14 | IRS/State Correspondence | Time | 167.00 | 0.10 | 16.70 | LA tax letter |
| RAJ | 04/28/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | 2013 tax documents |
| RAJ | 04/28/14 | Tax Return Preparation | Time | 167.00 | 0.10 | 16.70 | |
| SRS | 04/28/14 | Tax Return Preparation | Time | 260.00 | 2.50 | 650.00 | verify all classes from receivership QB have been included on a previously-filed tax return or will be included on the 1120-SF to be filed for each year. |
| April 28, 2014 | | | | | 2.80 | 700.10 | |
| **Total Billable Time** | | | | | **46.90** | **6414.45** | |

*Wisan, Smith, Racker & Prescott, LLP*

# List of Staff Billing Rates
## Friday, July 11, 2014

| ID | Name | Cost | Description | Billing Rate |
|----|------|------|-------------|--------------|
| BCS | Springman Betsy | 0.00 | Standard Rate | 140.00 |
| CAW | Ware Cheryl | 0.00 | Standard Rate | 110.00 |
| DBD | DeMille David | 0.00 | Standard Rate | 167.00 |
| GWG | Gary Gessel | 0.00 | Standard Rate | 115.00 |
| JB | Bird Jenni | 0.00 | Standard Rate | 80.00 |
| JKB | Burleson Juli | 0.00 | Standard Rate | 88.00 |
| JP | Park Jihye | 0.00 | Standard Rate | 90.00 |
| KC | Carpenter Kristy | 0.00 | Standard Rate | 95.00 |
| MBH | Heaps Mark | 0.00 | Standard Rate | 124.00 |
| MER | Welsch Meranda | 0.00 | Standard Rate | 90.00 |
| RAJ | Jepson Rachel | 0.00 | Standard Rate | 167.00 |
| SRS | Smith Steven | 0.00 | Standard Rate | 260.00 |

Staff count = 12