



**WSRP, LLC**
**Certified Public Accountants & Business Advisors**

155 North 400 West, Suite 400
Salt Lake City, UT  84103
(801) 328-2011        www.wsrp.com

| | |
|---|---|
| **Management Solutions, Inc. in Receivership** | **Client ID:  10012** |
| **Attn:  Gil Miller** | **Invoice:    231359** |
| **P. O. Box 1290** | **Date:        09/30/2017** |
| **Salt Lake City, UT  84110** | **Due Upon Receipt** |

### For professional services rendered as follows:

| | |
|---|---:|
| Tax and related services for the Receiver for the month of September 2017 | 7,049.00 |
| Less 10% agreed-upon discount from standard rates | (704.90) |
| Out-of-pocket expenses | 550.00 |
| **Invoice Total** | **$6,894.10** |

- - -

_Please return this portion with payment._

| | | | |
|---|---|---|---|
| Client ID: 10012 | | Invoice: | 231359 |
| Management Solutions, Inc. in Receivership | | Date: | 09/30/2017 |

Amount Due: **$6,894.10**

Amount Enclosed:   $_____          Card Type: _____       Exp Date: _____
Signature:                                                          Card #: _____
_____       CV Code: _____  Billing Zip Code: _____

**Due Upon Receipt**

## Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Expense** | | | | | | | |
| **September 9, 2017** | | | | | | | |
| **10012020** | **MGT SOLUTIONS - BOCA RATON** | | | | | | |
| AM | 09/09/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| AM | 09/09/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| 10012020 | MGT SOLUTIONS - BOCA RATON | | | | 2.00 | 110.00 | |
| **10012058** | **MSI - COUNCIL PROPERTIES** | | | | | | |
| AM | 09/09/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| AM | 09/09/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| 10012058 | MSI - COUNCIL PROPERTIES | | | | 2.00 | 110.00 | |
| **10012075** | **MGT SOLUTIONS - DIXIE WINDS** | | | | | | |
| AM | 09/09/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| AM | 09/09/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| 10012075 | MGT SOLUTIONS - DIXIE WINDS | | | | 2.00 | 110.00 | |
| **10012215** | **MGT SOLUTIONS - SUN WINDS, LLC** | | | | | | |

## Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| AM | 09/09/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| AM | 09/09/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| 10012215 | MGT SOLUTIONS - SUN WINDS, LLC | | | | 2.00 | 110.00 | |
| September 9, 2017 | | | | | 8.00 | 440.00 | |

## Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 19, 2017** | | | | | | | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| AM | 09/19/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| CAW | 09/19/17 | Computer Usage Fees | Exp | 55.0000 | 1.00 | 55.00 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 2.00 | 110.00 | |
| September 19, 2017 | | | | | 2.00 | 110.00 | |
| Expense | | | | | 10.00 | 550.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Time** | | | | | | | |
| **September 1, 2017** | | | | | | | |
| **10012** | | **MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP** | | | | | |
| RAJ | 09/01/17 | Tax Planning | Time | 245.00 | 0.30 | 73.50 | Going over possible amended returns with Elizabeth for Boca, Dixie, Sun and MSI for 2014 and 2015. |
| 10012 | | MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP | | | | 0.30 | 73.50 |
| September 1, 2017 | | | | | | 0.30 | 73.50 |

*WSRP, LLC*

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 4, 2017** | | | | | | | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| GGP | 09/04/17 | Signature Review | Time | 340.00 | 0.30 | 102.00 | Initial return review. Held for changes due to amended returns |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 0.30 | 102.00 | |
| September 4, 2017 | | | | | 0.30 | 102.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 5, 2017** | | | | | | | |
| **10012** | **MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP** | | | | | | |
| RAJ | 09/05/17 | Tax Planning | Time | 245.00 | 0.20 | 49.00 | discussing changes to 2014 and 2015 returns with Elizabeth |
| 10012 | MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP | | | | 0.20 | 49.00 | |
| **10012020** | **MGT SOLUTIONS - BOCA RATON** | | | | | | |
| RAJ | 09/05/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| 10012020 | MGT SOLUTIONS - BOCA RATON | | | | 0.60 | 147.00 | |
| **10012058** | **MSI - COUNCIL PROPERTIES** | | | | | | |
| RAJ | 09/05/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| 10012058 | MSI - COUNCIL PROPERTIES | | | | 0.60 | 147.00 | |
| **10012075** | **MGT SOLUTIONS - DIXIE WINDS** | | | | | | |
| RAJ | 09/05/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| 10012075 | MGT SOLUTIONS - DIXIE WINDS | | | | 0.60 | 147.00 | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| RAJ | 09/05/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 0.60 | 147.00 | |

# WSRP, LLC

## Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **10012215** | **MGT SOLUTIONS - SUN WINDS, LLC** | | | | | | |
| RAJ | 09/05/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| 10012215 | MGT SOLUTIONS - SUN WINDS, LLC | | | | 0.60 | 147.00 | |
| September 5, 2017 | | | | | 3.20 | 784.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **September 6, 2017** | | | | | | | |
| **10012020** | **MGT SOLUTIONS - BOCA RATON** | | | | | | |
| RAJ | 09/06/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| 10012020 | MGT SOLUTIONS - BOCA RATON | | | | 0.60 | 147.00 | |
| **10012058** | **MSI - COUNCIL PROPERTIES** | | | | | | |
| RAJ | 09/06/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| RAJ | 09/06/17 | Tax Return Preparation | Time | 245.00 | 1.20 | 294.00 | |
| 10012058 | MSI - COUNCIL PROPERTIES | | | | 1.80 | 441.00 | |
| **10012075** | **MGT SOLUTIONS - DIXIE WINDS** | | | | | | |
| RAJ | 09/06/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| 10012075 | MGT SOLUTIONS - DIXIE WINDS | | | | 0.60 | 147.00 | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| RAJ | 09/06/17 | Tax Return Preparation | Time | 245.00 | 0.40 | 98.00 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 0.40 | 98.00 | |
| **10012215** | **MGT SOLUTIONS - SUN WINDS, LLC** | | | | | | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| RAJ | 09/06/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| | | | | | | | |
| 10012215 | MGT SOLUTIONS - SUN WINDS, LLC | | | | 0.60 | 147.00 | |
| September 6, 2017 | | | | | 4.00 | 980.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 7, 2017** | | | | | | | |
| **10012020** | **MGT SOLUTIONS - BOCA RATON** | | | | | | |
| RAJ | 09/07/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| RAJ | 09/07/17 | Tax Return Preparation | Time | 245.00 | 1.20 | 294.00 | |
| 10012020 | MGT SOLUTIONS - BOCA RATON | | | | 1.80 | 441.00 | |
| **10012058** | **MSI - COUNCIL PROPERTIES** | | | | | | |
| RAJ | 09/07/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| 10012058 | MSI - COUNCIL PROPERTIES | | | | 0.60 | 147.00 | |
| **10012075** | **MGT SOLUTIONS - DIXIE WINDS** | | | | | | |
| RAJ | 09/07/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| RAJ | 09/07/17 | Tax Return Preparation | Time | 245.00 | 1.20 | 294.00 | |
| 10012075 | MGT SOLUTIONS - DIXIE WINDS | | | | 1.80 | 441.00 | |
| **10012215** | **MGT SOLUTIONS - SUN WINDS, LLC** | | | | | | |
| RAJ | 09/07/17 | Tax Return Preparation | Time | 245.00 | 0.60 | 147.00 | |
| RAJ | 09/07/17 | Tax Return Preparation | Time | 245.00 | 1.20 | 294.00 | |

## Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| 10012215 | MGT SOLUTIONS - SUN WINDS, LLC | | | | 1.80 | 441.00 | |
| September 7, 2017 | | | | | 6.00 | 1,470.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **September 8, 2017** | | | | | | | |
| **10012058** | **MSI - COUNCIL PROPERTIES** | | | | | | |
| KLS | 09/08/17 | Tax Return Review | Time | 120.00 | 0.90 | 108.00 | |
| | | | | | | | |
| 10012058 | MSI - COUNCIL PROPERTIES | | | | 0.90 | 108.00 | |
| September 8, 2017 | | | | | 0.90 | 108.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **September 9, 2017** | | | | | | | |
| **10012020** | **MGT SOLUTIONS - BOCA RATON** | | | | | | |
| KLS | 09/09/17 | Tax Return Review | Time | 120.00 | 0.30 | 36.00 | |
| KLS | 09/09/17 | Tax Return Review | Time | 120.00 | 0.20 | 24.00 | |
| 10012020 | MGT SOLUTIONS - BOCA RATON | | | | 0.50 | 60.00 | |
| **10012058** | **MSI - COUNCIL PROPERTIES** | | | | | | |
| KLS | 09/09/17 | Tax Return Review | Time | 120.00 | 0.50 | 60.00 | |
| 10012058 | MSI - COUNCIL PROPERTIES | | | | 0.50 | 60.00 | |
| **10012075** | **MGT SOLUTIONS - DIXIE WINDS** | | | | | | |
| KLS | 09/09/17 | Tax Return Review | Time | 120.00 | 0.30 | 36.00 | |
| KLS | 09/09/17 | Tax Return Review | Time | 120.00 | 0.20 | 24.00 | |
| 10012075 | MGT SOLUTIONS - DIXIE WINDS | | | | 0.50 | 60.00 | |
| **10012215** | **MGT SOLUTIONS - SUN WINDS, LLC** | | | | | | |
| KLS | 09/09/17 | Tax Return Review | Time | 120.00 | 0.40 | 48.00 | |
| KLS | 09/09/17 | Tax Return Review | Time | 120.00 | 0.20 | 24.00 | |

## Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| 10012215 | MGT SOLUTIONS - SUN WINDS, LLC | | | | 0.60 | 72.00 | |
| September 9, 2017 | | | | | 2.10 | 252.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 11, 2017** | | | | | | | |
| **10012020** | **MGT SOLUTIONS - BOCA RATON** | | | | | | |
| GGP | 09/11/17 | Signature Review | Time | 340.00 | 0.60 | 204.00 | |
| GGP | 09/11/17 | Signature Review | Time | 340.00 | 0.10 | 34.00 | |
| 10012020 | MGT SOLUTIONS - BOCA RATON | | | | 0.70 | 238.00 | |
| **10012058** | **MSI - COUNCIL PROPERTIES** | | | | | | |
| GGP | 09/11/17 | Signature Review | Time | 340.00 | 0.60 | 204.00 | |
| GGP | 09/11/17 | Signature Review | Time | 340.00 | 0.10 | 34.00 | |
| RAJ | 09/11/17 | Tax Return Preparation | Time | 245.00 | 0.40 | 98.00 | |
| 10012058 | MSI - COUNCIL PROPERTIES | | | | 1.10 | 336.00 | |
| **10012075** | **MGT SOLUTIONS - DIXIE WINDS** | | | | | | |
| GGP | 09/11/17 | Signature Review | Time | 340.00 | 0.60 | 204.00 | |
| GGP | 09/11/17 | Signature Review | Time | 340.00 | 0.10 | 34.00 | |
| 10012075 | MGT SOLUTIONS - DIXIE WINDS | | | | 0.70 | 238.00 | |
| **10012105** | **MSI - JANISON INVESTMENTS** | | | | | | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| RAJ | 09/11/17 | Tax Return Preparation | Time | 245.00 | 0.40 | 98.00 | |
| 10012105 | MSI - JANISON INVESTMENTS | | | | 0.40 | 98.00 | |
| **10012184** | **MGT SOLUTIONS - SA TOWNHOMES** | | | | | | |
| RAJ | 09/11/17 | Tax Return Preparation | Time | 245.00 | 1.00 | 245.00 | Updating 2016 tax return |
| 10012184 | MGT SOLUTIONS - SA TOWNHOMES | | | | 1.00 | 245.00 | |
| **10012215** | **MGT SOLUTIONS - SUN WINDS, LLC** | | | | | | |
| GGP | 09/11/17 | Signature Review | Time | 340.00 | 0.60 | 204.00 | |
| GGP | 09/11/17 | Signature Review | Time | 340.00 | 0.10 | 34.00 | |
| 10012215 | MGT SOLUTIONS - SUN WINDS, LLC | | | | 0.70 | 238.00 | |
| September 11, 2017 | | | | | 4.60 | 1,393.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 14, 2017** | | | | | | | |
| **10012105** | **MSI - JANISON INVESTMENTS** | | | | | | |
| RAJ | 09/14/17 | Tax Return Preparation | Time | 245.00 | 1.00 | 245.00 | Updating return including correct balance sheet amounts and SA Townhomes investment |
| 10012105 | MSI - JANISON INVESTMENTS | | | | 1.00 | 245.00 | |
| September 14, 2017 | | | | | 1.00 | 245.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **September 15, 2017** | | | | | | | |
| **10012075** | **MGT SOLUTIONS - DIXIE WINDS** | | | | | | |
| RAJ | 09/15/17 | Tax Return Preparation | Time | 245.00 | 0.10 | 24.50 | K-1s |
| | | | | | | | |
| 10012075 | MGT SOLUTIONS - DIXIE WINDS | | | | 0.10 | 24.50 | |
| **10012215** | **MGT SOLUTIONS - SUN WINDS, LLC** | | | | | | |
| RAJ | 09/15/17 | Tax Return Preparation | Time | 245.00 | 0.10 | 24.50 | K-1s |
| | | | | | | | |
| 10012215 | MGT SOLUTIONS - SUN WINDS, LLC | | | | 0.10 | 24.50 | |
| September 15, 2017 | | | | | 0.20 | 49.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 18, 2017** | | | | | | | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| RAJ | 09/18/17 | Tax Return Preparation | Time | 245.00 | 2.00 | 490.00 | |
| RAJ | 09/18/17 | Tax Return Preparation | Time | 245.00 | 1.30 | 318.50 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 3.30 | 808.50 | |
| September 18, 2017 | | | | | 3.30 | 808.50 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 19, 2017** | | | | | | | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| GGP | 09/19/17 | Signature Review | Time | 340.00 | 0.40 | 136.00 | |
| KLS | 09/19/17 | Tax Return Review | Time | 120.00 | 0.60 | 72.00 | |
| KLS | 09/19/17 | Tax Return Review | Time | 120.00 | 0.40 | 48.00 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 1.40 | 256.00 | |
| September 19, 2017 | | | | | 1.40 | 256.00 | |

## Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|-------|-----------|----------|------|-------------|-----------|--------|----------|
| **September 22, 2017** | | | | | | | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| GGP | 09/22/17 | Signature Review | Time | 340.00 | 0.40 | 136.00 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 0.40 | 136.00 | |
| September 22, 2017 | | | | | 0.40 | 136.00 | |

# Receiverhip Time and Expenses Listing - September

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **September 28, 2017** | | | | | | | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| RAJ | 09/28/17 | Tax Return Preparation | Time | 245.00 | 1.60 | 392.00 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 1.60 | 392.00 | |
| September 28, 2017 | | | | | 1.60 | 392.00 | |
| Time | | | | | 29.30 | 7,049.00 | |
| Report Totals | | | | | 39.30 | 7,599.00 | |

WSRP, LLC

# Staff Billing Rates - September
## Saturday, September 30, 2017

| ID | Name | Cost | Description | Billing Rate |
|---|---|---|---|---|
| **ADMIN** | **Adminstrative** | | | |
| AM | Miller Andrea | 0.00 | Standard Rate | 65.00 |
| CAW | Ware Cheryl | 0.00 | Standard Rate | 65.00 |
| **EQPARTNER** | **Equity Partner** | | | |
| GGP | Prawitt Greg | 0.00 | Standard Rate | 340.00 |
| **Senior** | | | | |
| KLS | Swensen Kristy | 0.00 | Standard Rate | 120.00 |
| **SENIORMGR** | **Senior Manager** | | | |
| RAJ | Jepson Rachel | 0.00 | Standard Rate | 245.00 |

Staff count = 5