


**EXHIBIT A**

**WSRP, LLC**
**Certified Public Accountants & Business Advisors**
155 North 400 West, Suite 400
Salt Lake City, UT 84103
(801) 328-2011    www.wsrp.com

**Management Solutions, Inc. in Receivership**          **Client ID:** 10012
**Attn: Gil Miller**                                    **Invoice:** 231360
**P. O. Box 1290**                                      **Date:** 10/31/2017
**Salt Lake City, UT 84110**                            **Due Upon Receipt**

**For professional services rendered as follows:**

| | |
|---|---:|
| Tax and related services for the Receiver for the month of October 2017 | 1,246.50 |
| Less 10% agreed-upon discount from standard rates | (124.65) |
| **Invoice Total** | **$1,121.85** |

---

*Please return this portion with payment.*

Client ID: 10012                                        Invoice:  231360
Management Solutions, Inc. in Receivership              Date:  10/31/2017

Amount Due: **$1,121.85**

Amount Enclosed: $_____   Card Type: _____   Exp Date: _____
Signature:                         Card #: _____
_____  CV Code: _____ Billing Zip Code: _____

**Due Upon Receipt**

*WSRP, LLC*

# Receiverhip Time and Expenses Listing - October

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **Time** | | | | | | | |
| **October 4, 2017** | | | | | | | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| KLS | 10/04/17 | Tax Return Review | Time | 120.00 | 0.60 | 72.00 | |
| RAJ | 10/04/17 | Tax Return Preparation | Time | 245.00 | 0.00 | 0.00 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 0.60 | 72.00 | |
| October 4, 2017 | | | | | 0.60 | 72.00 | |

**WSRP, LLC**

## Receiverhip Time and Expenses Listing - October

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **October 6, 2017** | | | | | | | |
| **10012129** | **MGT SOLUTIONS - MGT SOLUTIONS** | | | | | | |
| GGP | 10/06/17 | Signature Review | Time | 340.00 | 0.50 | 170.00 | |
| 10012129 | MGT SOLUTIONS - MGT SOLUTIONS | | | | 0.50 | 170.00 | |
| October 6, 2017 | | | | | 0.50 | 170.00 | |

*WSRP, LLC*

# Receiverhip Time and Expenses Listing - October

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **October 17, 2017** | | | | | | | |
| **10012** | **MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP** | | | | | | |
| RAJ | 10/17/17 | Tax Planning | Time | 245.00 | 0.90 | 220.50 | Phone conversation with Elizabeth going over state questions for state QSF returns |
| 10012 | MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP | | | | 0.90 | 220.50 | |
| October 17, 2017 | | | | | 0.90 | 220.50 | |

*WSRP, LLC*

# Receiverhip Time and Expenses Listing - October

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **October 19, 2017** | | | | | | | |
| **10012** | **MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP** | | | | | | |
| RAJ | 10/19/17 | Tax Planning | Time | 245.00 | 0.20 | 49.00 | Phone conversation with Elizabeth going over state questions for state QSF returns |
| 10012 | MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP | | | | 0.20 | 49.00 | |
| October 19, 2017 | | | | | 0.20 | 49.00 | |

WSRP, LLC

# Receiverhip Time and Expenses Listing - October

| Staff | Entry Date | Activity | Type | Hourly Rate | Hrs/Units | Amount | Comments |
|---|---|---|---|---|---|---|---|
| **October 23, 2017** | | | | | | | |
| **10012** | **MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP** | | | | | | |
| RAJ | 10/23/17 | Tax Planning | Time | 245.00 | 3.00 | 735.00 | State allocation information for Boca Raton and Council Properties for 2014 for QSF returns |
| 10012 | MANAGEMENT SOLUTIONS, INC IN RECEIVERSHIP | | | | 3.00 | 735.00 | |
| October 23, 2017 | | | | | 3.00 | 735.00 | |
| Time | | | | | 5.20 | 1,246.50 | |
| Report Totals | | | | | 5.20 | 1,246.50 | |

# Staff Billing Rates - October
## Tuesday, October 31, 2017

| ID | Name | Cost | Description | Billing Rate |
|---|---|---|---|---|
| **EQPARTNER** | **Equity Partner** | | | |
| GGP | Prawitt Greg | 0.00 | Standard Rate | 340.00 |
| **Senior** | | | | |
| KLS | Swensen Kristy | 0.00 | Standard Rate | 120.00 |
| **SENIORMGR** | **Senior Manager** | | | |
| RAJ | Jepson Rachel | 0.00 | Standard Rate | 245.00 |

Staff count = 3