

# Rocky Mountain RMA ADVISORY

215 South State Street
Suite 550
Salt Lake City, UT 84111
801.428.1600

Gil Miller, Receiver
Rocky Mountain Advisory
215 S. State Street, Ste 550
Salt Lake City, UT 84111

November 9, 2017

Invoice # 13181

Billing for: 10/01/17 to 10/31/17

RE: Securities & Exchange Commission vs. Management Solutions, Inc.

| | |
|---|---|
| Previous balance | $5,370.75 |
| 11/7/2017 Payment - Thank You. Check No. 1543 | ($3,603.60) |
| Total payments and adjustments | ($3,603.60) |

## Professional Services Summary

| Name | Hours | Rate | |
|---|---|---|---|
| Gil A. Miller | 15.10 | 346.50 | $5,232.15 |

## Professional Services Detail

| Date | Init. | Description | Hours | |
|---|---|---|---|---|

### Asset Disposition

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 10/18/17 | GAM | Call with counsel regarding Cox property foreclosure. | 0.10 | $34.65 |
| SUBTOTAL: | | | [ 0.10 | $34.65] |

### Case Administration

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 10/05/17 | GAM | Call with counsel to discuss status report. | 0.20 | $69.30 |
| 10/06/17 | GAM | Call with counsel regarding motion for status conference. | 0.30 | $103.95 |
| 10/09/17 | GAM | Research and respond to SEC D.C. (Ami Mukerjee) regarding status of case. | 0.20 | $69.30 |
| 10/13/17 | GAM | Review and execute quarterly report. | 0.10 | $34.65 |

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 10/17/17 | GAM | Review monthly bank statements. | 0.10 | $34.65 |
| 10/18/17 | GAM | Review RMA September invoice and send to SEC for comment (.3). Review denial of request for status conference (.1). | 0.40 | $138.60 |
| SUBTOTAL: | | | [ 1.30 | $450.45] |

## Claims Administration

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 10/06/17 | GAM | Call with investor B. Fotheringham (.5). Call with investor S. Rasmussen (.6). | 1.10 | $381.15 |
| 10/12/17 | GAM | Calls with Class 6 claimant counsels regarding potential settlement. | 0.10 | $34.65 |
| 10/16/17 | GAM | Call with A. Mettler regarding proposed settlement and impact on Class 6. | 0.20 | $69.30 |
| 10/23/17 | GAM | Meet with staff to discuss Preferred Income Class 8 claims. | 0.20 | $69.30 |
| 10/26/17 | GAM | Meet with staff to discuss Preferred Income Class 8 claims (.3). Meet with counsel to discuss Preferred Income claims (.3). Meet with Preferred Income counsel to discuss claim issues and Black Cliffs settlement (.9). | 1.50 | $519.75 |
| SUBTOTAL: | | | [ 3.10 | $1,074.15] |

## Litigation Consulting

| Date | Init. | Description | Hours | |
|------|-------|-------------|-------|---|
| 10/05/17 | GAM | Call with counsel regarding email of R. McDermott (.1). Respond to counsel regarding Cox property foreclosure or settlement (.1). | 0.20 | $69.30 |
| 10/10/17 | GAM | Update and review cash availability schedule and prepare for meeting with investors, B. Fotheringham and S. Rasmussen to discuss settlement of Black Cliffs matter (1.1). Meet with B. Fotheringham and S. Rasmussen to discuss Black Cliffs matter (1.9). Meet with counsel to discuss Black Cliffs settlement (.9). | 3.90 | $1,351.35 |
| 10/12/17 | GAM | Call with investor B. Fotheringham and respond to subsequent email (.3). Call with counsel regarding settlement conference with M. Barneck (.3). | 0.60 | $207.90 |
| 10/13/17 | GAM | Prepare for meeting with M. Barneck; including modifying cash availability, discussion of tax issue with staff and meeting with counsel (1.5). Meet with M. Barneck to discuss settlement (1.0). Calls with B. Fotheringham and S. Rasmussen and counsel regarding Barneck meeting (.5). | 3.00 | $1,039.50 |
| 10/16/17 | GAM | Review and comment on email to Black Cliffs counsel. | 0.10 | $34.65 |

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 10/17/17 | GAM | Call with J. Adamson regarding Class 6 claim and potential Black Cliffs settlement (.1). Call with A. Mettler regarding Class 6 claim and potential Black Cliffs settlement (.1). Call with counsel to discuss Black Cliffs scheduling issues (.1). | 0.30 | $103.95 |
| 10/23/17 | GAM | Call with counsel to discuss Barneck request to delay pretrial (.2). Meet with investor board members to discuss Black Cliffs settlement call with counsel regarding same (1.5). | 1.70 | $589.05 |
| 10/24/17 | GAM | Discussions with counsel regarding Black Cliffs stipulation to continue. | 0.20 | $69.30 |
| SUBTOTAL: | | | [ 10.00 | $3,465.00] |

### Tax Issues

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| 10/12/17 | GAM | Discuss 2016 tax return with staff and execute. | 0.30 | $103.95 |
| 10/16/17 | GAM | Discuss state QSF tax return preparation with staff. | 0.10 | $34.65 |
| 10/25/17 | GAM | Meet with staff to discuss state tax return preparation and methodology. | 0.20 | $69.30 |
| SUBTOTAL: | | | [ 0.60 | $207.90] |

| | | | | |
|---|---|---|---|---|
| Total for professional services rendered | | | 15.10 | $5,232.15 |

| | |
|---|---|
| Balance due | $6,999.30 |