

# Rocky Mountain RMA
## ADVISORY

215 South State Street
Suite 550
Salt Lake City, UT 84111
801.428.1600

Gil Miller, Receiver
Rocky Mountain Advisory
215 S. State Street, Ste 550
Salt Lake City, UT 84111



December 8, 2017
Invoice #  13223

Billing for: 11/01/17 to 11/30/17

RE: Securities & Exchange Commission vs. Management Solutions, Inc.

| | |
|---|---|
| Previous balance | $6,999.30 |
| 11/30/2017 Payment - Thank You. Check No. 1553 | ($4,185.72) |
| Total payments and adjustments | ($4,185.72) |

### Professional Services Summary

| Name | Hours | Rate | |
|---|---|---|---|
| Gil A. Miller | 0.80 | 346.50 | $277.20 |

### Professional Services Detail

| Date | Init. | Description | Hours | |
|---|---|---|---|---|

#### Asset Disposition

| 11/20/17 | GAM | Call with counsel regarding Cox foreclosure. | 0.20 | $69.30 |
|---|---|---|---|---|
| SUBTOTAL: | | | [ 0.20 | $69.30] |

#### Case Administration

| 11/20/17 | GAM | Review monthly bank statements. | 0.10 | $34.65 |
|---|---|---|---|---|
| SUBTOTAL: | | | [ 0.10 | $34.65] |

Rocky Mountain Advisory, LLC
Page 2
December 8, 2017

Gil Miller, Receiver

| Date | Init. | Description | Hours | |
|---|---|---|---|---|
| | | **Litigation Consulting** | | |
| 11/16/17 | GAM | Call with D. Byers regarding UCCU taking of escrowed funds. | 0.20 | $69.30 |
| SUBTOTAL: | | | [ 0.20 | $69.30] |
| | | **Tax Issues** | | |
| 11/27/17 | GAM | Meet with staff regarding status of MSI QSF state tax returns; call counsel regarding same. | 0.30 | $103.95 |
| SUBTOTAL: | | | [ 0.30 | $103.95] |
| Total for professional services rendered | | | 0.80 | $277.20 |
| Balance due | | | | $3,090.78 |