

EXHIBIT A

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
ATTORNEYS AT LAW

| DENVER * BOULDER | PLEASE REMIT TO: | JACKSON HOLE |
| --- | --- | --- |
| DENVER TECH CENTER | P. O. BOX 17283 | LAS VEGAS * SANTA FE |
| COLORADO SPRINGS | DENVER, CO 80217-0283 | CARSON CITY * RENO |
| ASPEN * BILLINGS | TELEPHONE (303) 295-8000 | SALT LAKE CITY |
| BOISE * CHEYENNE | FACSIMILE (303) 295-8261 | WASHINGTON D.C. |

## December 12, 2017

| | | |
| --- | --- | --- |
| Management Solutions Receivership<br>222 S. Main Street, Suite 2200<br>Salt Lake City, UT   84101 | Invoice No.<br>H&H Ref. No.<br>Client No.<br>Attorney: | 1613224<br>2849897<br>80077<br>DKBroadbent |

**Regarding: Matter No. 0001 - General**

### *Invoice Summary*

| | |
| --- | --- |
| **Current fees** | **$6,345.50** |
| **Current disbursements** | **$12.00** |
| **Current charges this invoice** | **$6,357.50** |

Thank you for your prompt payment.   Questions regarding this invoice should be directed to the attorney responsible for your account, or Carla Norton, Billing Specialist in our Salt Lake City office, at (801) 799-5815.

**Due On Receipt**

# Holland & Hart LLP
**ATTORNEYS AT LAW**

| 80077 Management Solutions Receivership | Invoice No. | 1613224 |
|---|---|---|
| | H&H Ref. No. | 2849897 |

For professional services rendered through November 30, 2017

## Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| **RC1 Asset Analysis and Recovery** | | | |
| Review correspondence and documents related to winding up of Receivership assets and conference with DSByers regarding same; | 11/13/17 | JSH | 0.40 |
| Analyze dispute regarding Top Choice Foods and account at UCCU and correspondence with client and Mr. Jarvis regarding the same; | 11/13/17 | DSB | 1.30 |
| Correspondence with Mr. Jarvis and client regarding dispute over UCCU account; review documents regarding dispute; | 11/14/17 | DSB | 0.80 |
| Correspondence with Mr. Jarvis regarding dispute over UCCU account; conference with client regarding the same; | 11/15/17 | DSB | 0.60 |
| Review documents related to dispute regarding UCCU account; conference and correspondence with client and Mr. Jarvis regarding the same; | 11/16/17 | DSB | 0.80 |
| Correspondence with Mr. Jarvis regarding dispute over UCCU account; conference and correspondence with client regarding the same; | 11/17/17 | DSB | 0.50 |
| Correspondence with SAOlsen and client regarding status of Cox deed of trust; | 11/20/17 | DSB | 0.30 |
| Analyze facts of dispute regarding UCCU account and conference with Mr. Lloyd regarding the same (1.0); conference with client regarding the same (.30); | 11/21/17 | DSB | 1.30 |
| Correspondence with SAOlsen and client regarding settlement of Cox deed; | 11/22/17 | DSB | 0.20 |
| Correspondence with SAOlsen regarding settlement of Cox deed; | 11/25/17 | DSB | 0.20 |
| Office conference with SAOlsen regarding settlement of Cox deed of trust; | 11/27/17 | DSB | 0.30 |
| Correspondence with Mr. Jarvis regarding status of UCCU account and payment of construction costs; | 11/28/17 | DSB | 0.30 |
| **RC2 Asset Disposition** | | | |
| Cox: Telephone conference with Mr. Williams; | 11/07/17 | SAO | 0.30 |
| Cox: Review status and correspond with Mr. Miller regarding | 11/20/17 | SAO | 1.30 |

# Holland & Hart LLP
**ATTORNEYS AT LAW**

| 80077 Management Solutions Receivership | Invoice No. | 1613224 |
|---|---|---|
| | H&H Ref. No. | 2849897 |

**Itemized Fees**

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| same (.4); review and respond to correspondence from Mr. Williams (.50); telephone conference with Mr. Miller and DSByers (.4); | | | |
| Telephone calls to Sanpete County Assessor and Treasurer to obtain assessed property value and outstanding taxes on Cox property as requested by SAOlsen; email taxes due for 2017 and back taxes for 2014, 2015 and 2016 and property market value; | 11/20/17 | DYC | 0.40 |
| Cox: Telephone conference with Mr. Keisel regarding potential sale date; correspond with Mr. Williams regarding proposal; correspond with Mr. Miller regarding status; | 11/21/17 | SAO | 0.20 |
| Cox: Review correspondence from Mr. Williams and correspond with Mr. Miller regarding same; | 11/22/17 | SAO | 0.20 |
| Cox: Correspond with Mr. Williams regarding sale of Cox property; | 11/25/17 | SAO | 0.20 |
| **RC4 Case Administration** | | | |
| Review status of various remaining tasks for receivership (1.2); analyze dispute with UCCU regarding Top Choice Foods (.30); | 11/01/17 | DSB | 1.50 |
| Emails with SEC and WSRP regarding computer access fees; phone call with WSRP regarding same; review historical invoices regarding access fees; confer further with SEC regarding same; | 11/02/17 | NA | 0.50 |
| Further emails with SEC regarding WSRP (.2); final review of WSRP invoices and SEC billing guidelines (.2); prepare fee request (Sept) (.3); prepare fee request (Oct) (.3); attend to filing of fee requests (.3); update docketing of payment dates (.1); | 11/03/17 | NA | 1.40 |
| (No Charge - .20 hrs.) Further emails with SEC regarding H&H invoices; | 11/03/17 | NA | 0.00 |
| Confer with Ms. Young regarding payment of RMA and Miller invoices; | 11/06/17 | NA | 0.20 |
| (No Charge - .20 hrs.) Emails with SEC regarding review of invoices; | 11/09/17 | NA | 0.00 |
| Review docket and email to Ms. Young regarding WSRP payments (Sept, Oct); | 11/13/17 | NA | 0.20 |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP

ATTORNEYS AT LAW

| 80077 Management Solutions Receivership | Invoice No. | 1613224 |
|---|---|---|
|  | H&H Ref. No. | 2849897 |

**Itemized Fees**

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| Emails with SEC regarding RMA, Miller invoices; review invoices; prepare fee requests; file and serve requests; attend to docketing; | 11/20/17 | NA | 0.80 |
| (No Charge - .60 hrs.) Further emails with SEC regarding invoice; prepare fee request and attend to filing/docketing; | 11/20/17 | NA | 0.00 |
| Finalize Q3 Applications and binder (.5); emails with RMA regarding professional fee aggregates (.2); update fee applications with professional fee payments (.4); attend to calculations on hold back amounts (.1); attend to service of material on SEC (.1); send copy to Receiver (.1); ( 1.80 hrs. - No Charge - .40 hrs.); | 11/21/17 | NA | 1.40 |
| Emails with SEC and Receiver regarding hearing binders; further emails regarding SEC approval of fee applications review Fee Order (DKt. 1986) regarding same and confirm details with Receiver; | 11/22/17 | NA | 0.50 |
| (No Charge - .60 hrs.) Finalize H&H Prebill (October); prepare timekeeper summary spreadsheet; email to SEC and Receiver; | 11/22/17 | NA | 0.00 |
| Emails from SEC regarding Fee Applications (WSRP, RMA, Miller, H&H) (.3); finalize pleadings (.4); (No Charge H&H .2); | 11/27/17 | NA | 0.70 |
| (No Charge - .70 hrs.) Emails from SEC approving filing; final review of invoice; prepare fee request; attend to filing and service; docket payment date; | 11/27/17 | NA | 0.00 |
| Prepare final version of fee applications and attend to filing (WSRP, RMA, Miller) (1.2); (No Charge H&H .3) ; | 11/28/17 | NA | 1.20 |
| Correspondence with client regarding status of state tax returns; | 11/28/17 | DSB | 0.20 |
| Emails with RMA regarding payment of prior invoices to be paid; | 11/30/17 | NA | 0.20 |
| **RC5 Claims Administration and Objections** | | | |
| Conference with client regarding status of remaining issues in case; | 11/06/17 | DSB | 0.30 |
| Correspondence with client and Mr. Barneck regarding settlement; | 11/09/17 | DSB | 0.40 |
| Correspondence with Mr. Barneck and client regarding | 11/10/17 | DSB | 0.60 |

# Holland & Hart LLP
#### ATTORNEYS AT LAW

| 80077 Management Solutions Receivership | Invoice No.<br>H&H Ref. No. | 1613224<br>2849897 |
|---|---|---|

### Itemized Fees

| Description of Work | Date | Tkpr | Hours |
|---|---|---|---|
| various issues relating to potential settlement; | | | |
| Conference with DSByers regarding issue of funds removed from escrow; | 11/13/17 | CAT | 0.20 |
| Correspondence with Mr. Barneck regarding scheduling given efforts toward settlement; conference with client regarding the same and timing of tax returns and relation to possible settlement; | 11/27/17 | DSB | 0.80 |
| Correspondence with Mr. Barneck regarding scheduling and possible settlement; correspondence with client regarding the same; | 11/28/17 | DSB | 0.40 |
| Correspondence with Mr. Barneck regarding potential settlement; conference with client regarding the same; | 11/29/17 | DSB | 0.60 |
| **Total Current Fees:** | | | **$6,345.50** |

### Timekeeper Summary

| Timekeeper | Tkpr ID | Rate | Hours | Amount |
|---|---|---|---|---|
| DYChazotsang | 2169 | 155.00 | 0.40 | 62.00 |
| SAOlsen | 5169 | 295.00 | 2.20 | 649.00 |
| DSByers | 5654 | 295.00 | 11.40 | 3,363.00 |
| CATalbot | 5657 | 295.00 | 0.20 | 59.00 |
| NAArchibald | 5712 | 295.00 | 7.10 | 2,094.50 |
| JSHorne | 5758 | 295.00 | 0.40 | 118.00 |
| | | | **21.70** | **$6,345.50** |

### Task Summary

| Task | Description | Hours | Amount |
|---|---|---|---|
| RC1 | Asset Analysis and Recovery | 7.00 | 2,065.00 |
| RC2 | Asset Disposition | 2.60 | 711.00 |
| RC4 | Case Administration | 8.80 | 2,596.00 |
| RC5 | Claims Administration and Objections | 3.30 | 973.50 |
| | **Total:** | **21.70** | **$6,345.50** |

IRS EMPLOYER NO. 84-0382505

# Holland & Hart LLP
**ATTORNEYS AT LAW**

| 80077 Management Solutions Receivership | Invoice No. | 1613224 |
|---|---|---|
| | H&H Ref. No. | 2849897 |

## Disbursements

| Expense Code | Description | Date | Amount |
|---|---|---|---|
| EXP | | 11/21/17 | 6.00 |
| EXP | | 11/21/17 | 6.00 |
| | | **Total Current Disbursements:** | **$12.00** |

**IRS EMPLOYER NO. 84-0382505**

# Holland & Hart LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| **DENVER * BOULDER** | **PLEASE REMIT TO:** | **JACKSON HOLE** |
| **DENVER TECH CENTER** | **P. O. BOX 17283** | **LAS VEGAS * SANTA FE** |
| **COLORADO SPRINGS** | **DENVER, CO 80217-0283** | **CARSON CITY * RENO** |
| **ASPEN * BILLINGS** | **TELEPHONE (303) 295-8000** | **SALT LAKE CITY** |
| **BOISE * CHEYENNE** | **FACSIMILE (303) 295-8261** | **WASHINGTON D.C.** |

## December 12, 2017

| | | |
|---|---|---|
| Management Solutions Receivership<br>222 S. Main Street, Suite 2200<br>Salt Lake City, UT   84101 | Invoice No.<br>H&H Ref. No.<br>Client No.<br>Attorney: | 1613224<br>2849897<br>80077<br>DKBroadbent |

Regarding: Matter No. 0001 - General

### *Invoice Summary*

| | |
|---|---|
| **Current fees** | **$6,345.50** |
| **Current disbursements** | **$12.00** |
| **Current charges this invoice** | **$6,357.50** |

Due On Receipt

Please return this page with your remittance.