# EXHIBIT "A"

|  |  |  | Amounts Approved by Court and paid in June 2019 | Amounts that were paid out of $250K Reserve |
|---|---:|---:|---:|---:|
| Cash Balance Per Final Report Exhibit 4 - April 18, 2019 |  | 782,092.05 |  |  |
| Recoveries Received |  | 154,922.13 |  |  |
| Receiver's Fees & Expenses | 20,853.05 |  | 8,500.45 | 12,352.60 |
| Receiver's Accountants' Fees & Expenses | 32,066.11 |  | 19,722.60 | 12,343.51 |
| Receiver's Attorneys' Fees & Expenses | 476,385.41 |  | 108,110.12 | 368,275.29 |
| Storage, Bank and Other Fees | 6,014.94 |  | - | 6,014.94 |
|  |  | 535,319.51 | 136,333.17 | 398,986.34 |
| **Current Cash Balance** |  | **401,694.67** |  |  |