# EXHIBIT "B"

| Date | Payor | Description | Category | Amounts | Property |
|---|---|---|---|---|---|
| 5/8/2019 | Armstrong Mortgage | Related to 2014 Sale of Asset | Other Receipts | 49,974.12 | Sunbury Ridge |
| 5/14/2019 | Metro Title | Bristle Pines remaining escrow funds | Other Liquidation of Real Property | 16,755.57 | Bristle Pines |
| 5/14/2019 | Metro Title | Remaining escrow funds from Bristle Pines sale | Other Liquidation of Real Property | 16,755.57 | Bristle Pines |
| 8/7/2019 | First American Title | Real Property Proceeds (mechanic's lien funds release to Receivership) | Other Liquidation of Real Property | 100.00 | |
| 8/7/2019 | First Americcan Title | Real Property Proceeds (mechanic's lien funds release to Receivership) | Other Liquidation of Real Property | 4,339.13 | |
| 8/7/2019 | First American Title | Real Property Proceeds (mechanic's lien funds release to Receivership) | Other Liquidation of Real Property | 6,453.99 | Dezavala Oaks |
| 8/7/2019 | First American Title | Real Property Proceeds (mechanic's lien funds release to Receivership) | Other Liquidation of Real Property | 28,618.83 | Sunbury Ridge |
| 8/7/2019 | First American Title | Real Property Proceeds (mechanic's lien funds release to Receivership) | Other Liquidation of Real Property | 28,943.97 | Baytown Stonebrook |
| 11/6/2020 | Bank of America | Funds that were previously held in accordance with an Order. | Other Receipts | 2,560.00 | |
| 3/24/2021 | From Account #5002474671 | Move outstanding funds to operating account and close distribution account | Account Transfers | 420.95 | |
| | | | | **154,922.13** | |