# EXHIBIT "C"

David K. Broadbent, #0442
Doyle S. Byers, #11440
Cory A. Talbot, #11477
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone:  (801) 799-5800
Fax:  (801) 799-5700
*Attorneys for Gil A. Miller as Court-Appointed*
*Receiver*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> MANAGEMENT SOLUTIONS, INC., a Texas Corporation; WENDELL A. JACOBSON; ALLEN R. JACOBSON, <br><br> Defendants. | **ORDER APPROVING FINAL REPORT AS SUPPLEMENTED, APPROVING AND RATIFYING PAYMENT OF FEES AND EXPENSES, AND APPROVING FINAL DISTRIBUTION OF ESTATE ASSETS** <br><br><br> Civil Action No. 2:11-cv-01165 <br><br> Judge Bruce S. Jenkins |

Gil A. Miller, the Court-appointed receiver in this matter (the "Receiver"), filed his Final

Report on March 26, 2021 (CM/ECF No. 3591). The Court conducted a hearing regarding the

Final Report on April 13, 2021. Doyle S. Byers, Cory A. Talbot, and David K. Broadbent

appeared on behalf of the Receiver, and Daniel J. Wadley and Amy J. Oliver appeared on behalf

of the Securities and Exchange Commission (the "SEC"). The Court inquired regarding the

disbursements and receipts the Receiver made and received since the previous hearing before the

Court in May, 2019, and the Receiver shared such information, including regarding the payments

of professional fees and costs. The SEC's counsel indicated that the SEC approved all payments

of professional fees and costs prior to such payments, and that it approves the Receiver's

intentions to distribute the remaining assets of the estate as outlined in the Final Report.

Following the discussion at the hearing, the Receiver filed his Supplement to Final Report and

Motion for Approval of Professional Fees and Costs and Final Distribution of Receivership

Assets on April 20, 2021 (CM/ECF No. __).

Having considered the Final Report as supplemented, the arguments and information

presented at the hearing and otherwise, and good cause appearing, the Court HEREBY ORDERS

as follows:

1.      The Final Report, as supplemented, is hereby approved;

2.      The Motion for Approval of Professional Fees and Costs and Final Distribution of

Receivership Assets is GRANTED;

3.      All prior payments to the Receiver and Court-approved professionals are hereby

approved and ratified;

4.      The Receiver's proposed plan to distribute the remaining assets of the

receivership estate explained in the Final Report is approved; and

5.      The Receiver is authorized to make distributions consistent with the Final Report

without further order of the Court.

DATED this _____ day of April, 2021.

BY THE COURT:

_____
Honorable Bruce S. Jenkins
U.S. District Court Judge

16590288_v1

3