FILED
2021 MAY 24 AM 11:34
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>MANAGEMENT SOLUTIONS, INC., a Texas Corporation; WENDELL A. JACOBSON; ALLEN R. JACOBSON,<br><br>    Defendant. | **ORDER APPROVING FINAL REPORT AS SUPPLEMENTED, APPROVING AND RATIFYING PAYMENT OF FEES AND EXPENSES, AND APPROVING FINAL DISTRIBUTION OF ESTATE ASSETS**<br><br>Case No. 2:11-CV-01165-BSJ<br><br>District Judge Bruce S. Jenkins |

Gil A. Miller, the Court-appointed receiver in this matter (the "Receiver"), filed his Final Report on March 26, 2021 (CM/ECF No. 3591). The Court conducted a hearing regarding the Final Report on April 13, 2021. Doyle S. Byers, Cory A. Talbot, and David K. Broadbent appeared on behalf of the Receiver, and Daniel J. Wadley and Amy J. Oliver appeared on behalf of the Securities and Exchange Commission (the "SEC"). The Court inquired regarding the disbursements and receipts the Receiver made and received since the previous hearing before the Court in May, 2019, and the Receiver shared such information, including regarding the payments of professional fees and costs. The SEC's counsel indicated that the SEC approved all payments of professional fees and costs prior to such payments, and that it approves the Receiver's intentions to distribute the remaining assets of the estate as outlined in the Final Report. Following the discussion at the hearing, the Receiver filed his Supplement to Final Report and Motion for Approval of Professional Fees and Costs and Final Distribution of Receivership Assets on April 20, 2021 (CM/ECF No. 3594).

The Court set the Final Report and supplement down for further hearing on May 24, 2021. Doyle S. Byers, Cory A. Talbot, and David K. Broadbent appeared on behalf of Receiver Miller. The Receiver Gil A. Miller appeared as well. Amy J. Oliver and Daniel J. Wadley appeared on behalf of the SEC. The Court inquired as to taxes, document preservation and destruction, unclaimed funds, and security information. The Court indicated the answers were satisfactory and he would enter the proposed order.

Having considered the Final Report as supplemented, the arguments and information presented at the hearings on April 13 and May 24, 2021, and good cause appearing, the Court HEREBY ORDERS as follows:

1. The Final Report, as supplemented, is hereby approved;

2. The Motion for Approval of Professional Fees and Costs and Final Distribution of Receivership Assets is GRANTED;

3. All prior payments to the Receiver and Court-approved professionals are hereby approved and ratified;

4. The Receiver's proposed plan to distribute the remaining assets of the receivership estate explained in the Final Report is approved; and

5. The Receiver is authorized to make distributions consistent with the Final Report as supplemented without further order of the Court.

DATED this 24th day of May, 2021.

Bruce S. Jenkins
United States Senior District Judge